## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARISSA REYES, et al.,<br><br>                       Plaintiffs,<br>-vs-<br>BRENDA CHILTON, et al.,<br><br>                       Defendants. | Case No.    4:21-CV-5075-RMP<br>CIVIL MINUTES<br><br>DATE:    OCTOBER 7, 2021<br>LOCATION:    SPOKANE VIDEO<br><br>**SCHEDULING CONFERENCE** |

| Hon. Rosanna Malouf Peterson | | |
|---|---|---|
| Penny Lamb | LC1 | Crystal Hicks |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Molly P. Matter, Chad Dunn, and Sonni Waknin | | Callie A. Castillo |
| **Plaintiffs' Counsel** | | **Defendants' Counsel** |

[ ] Open Court        [ ] Chambers        [ X ] Telecon/Video

Initial comments by Court. Court has reviewed the parties' Joint Status Report and Proposed Discovery Plan and notes that the parties are interested in whether or not a protective order needs to be entered and that Defendants are concerned about the short time period before the proposed trial date.

Ms. Matter addressed the Court and stated her position in opposition to the protective order. Ms. Castillo addressed the Court and stated her position in support of a protective order. After discussion between the Court and counsel, the Court ordered that Plaintiffs' counsel shall prepare a proposed protective order and send it to counsel for Defendants. If counsel cannot agree on the protective order, the Court will review both parties' submissions and make a determination.

Discussion between the Court and counsel concerning the short amount of time before the proposed trial date. The Court asked if it would help to shorten the discovery period. Mr. Dunn addressed the Court on behalf of Plaintiffs and stated his position in that regard and Ms. Castillo responded. After discussion with the parties, the Court will look at the calendar and try and see what can be done and will issue an order. The Court also suggested mediation or a settlement conference with one of our senior judges or magistrate judges.

**[ X ] ORDER FORTHCOMING**

| CONVENED: 3:30 P.M. | ADJOURNED: 4:05 P.M. | TIME: 0:35 HR. | CALENDARED [ N/A ] |
|---|---|---|---|