FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE REYES; DANIEL REYNOSO; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and LATINO COMMUNITY FUND OF WASHINGTON,<br><br>                Plaintiffs,<br><br>   v.<br><br>BRENDA CHILTON, in her official capacity as Benton County Auditor and Canvassing Review Board member; ANDY MILLER in his official capacity as Benton County Canvassing Review Board member; CHARLES ROSS, in his official capacity as Yakima County Auditor and Canvassing Review Board Member; JOSEPH BRUSIC, in his official capacity as Yakima County Canvassing Review Board member; RON ANDERSON; in his official capacity as Yakima County Canvassing Review Board member; SKIP MOORE, in his official capacity as Chelan County Auditor and Canvassing Review Board | CASE NO: 4:21-CV-05075-MKD<br><br>ORDER DISMISSING CINTHIA ÁLVAREZ LUCATERO'S CLAIMS WITHOUT PREJUDICE<br><br>ECF No. 58 |

ORDER DISMISSING CINTHIA ÁLVAREZ LUCATERO'S CLAIMS WITHOUT PREJUDICE - 1

|   |   |
|---|---|
| 1 | member; and BOB BUGERT in his official capacity as Chelan County |
| 2 | Canvassing Review Board member; JEROME DELVIN, in his official |
| 3 | capacity as Benton County Canvassing Review Board Member; |
| 4 | and ROBERT SEALBY, |
| 5 | Defendants. |

Before the Court is Plaintiff Cinthia Álvarez Lucatero and Defendants' Stipulations of Voluntary Dismissal, ECF Nos. 58, 59.[1] Plaintiff Cinthia Álvarez Lucatero informs the Court that she voluntarily dismisses her claims against all Defendants without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff Cinthia Álvarez Lucatero and Defendants further stipulate that each party shall bear its own costs and fees. The Court accepts the stipulation of voluntary dismissal, signed by Plaintiff Cinthia Álvarez Lucatero and Defendants, and dismisses Cinthia Álvarez Lucatero's claims without prejudice and without an award of costs or fees.

---

[1] Plaintiff filed the same document twice, noting the first as a motion (ECF No. 58) and the second as a stipulation (ECF No. 59). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff may dismiss her claims without a court order if a stipulation is signed by all parties who have appeared. Here, although a motion may not be necessary, the Court addresses it as filed.

ORDER DISMISSING CINTHIA ÁLVAREZ LUCATERO'S CLAIMS WITHOUT PREJUDICE - 2

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion to Dismiss (ECF No. 58) is **GRANTED**. Cinthia Álvarez Lucatero's claims are **DISMISSED without prejudice**. Each party shall bear its own costs and fees.

2. Any pending motions as to Cinthia Álvarez Lucatero are **DENIED as moot**.

3. The District Court Executive is directed to terminate Cinthia Álvarez Lucatero as a party in this action and remove Cinthia Álvarez Lucatero from the case caption in this matter.

4. The District Court Executive is further directed to enter this Order and provide copies to counsel.

DATED February 10, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CINTHIA ÁLVAREZ LUCATERO'S CLAIMS WITHOUT PREJUDICE - 3