CHAD W. DUNN
*Admitted Pro Hac Vice*
SONNI WAKNIN
*Admitted Pro Hac Vice*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: (310) 400-6019

ROSEMARY M. RIVAS
*Admitted Pro Hac Vice*
AMANDA M. KARL
*Admitted Pro Hac Vice*
JULIA GONZALEZ
*Admitted Pro Hac Vice*
ASHLEIGH MUSSER
*Admitted Pro Hac Vice*
Gibbs Law Group LLP
111 Broadway, Suite 2100
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

*Attorneys for Plaintiffs*

MOLLY P. MATTER, WSBA #52311
Amend Law, LLC
PO Box 13203
Burton, WA 98013
Telephone: 206-280-8724

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

JESSE REYES, DANIEL REYNOSO, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND OF WASHINGTON

        Plaintiffs,

  v.

Case No.: 4:21-cv-05075-RMP

**JOINT MOTION TO EXPEDITE HEARING ON JOINT MOTION TO AMEND CASE SCHEDULE (CORRECTED)**

Judge: Honorable Mary K. Dimke

Hearing: November 17, 2022 (CORRECTED)
Without Oral Argument

JOINT MOTION
TO EXPEDITE HEARING -1

AMEND LAW LLC
P.O. Box 13203
Burton, Washington 98013 ~ (206) 280-8724

132996.0004/9182486.1

BRENDA CHILTON, in her official capacity as Benton County Auditor and Canvassing Review Board member, ANDY MILLER, in his official capacity as Benton County Prosecutor and Canvassing Review Board member, JEROME DELVIN, in his official capacity as Benton County Canvassing Review Board member, CHARLES ROSS, in his official capacity as Yakima County Auditor and Canvassing Review Board Member, JOSEPH BRUSIC, in his official capacity as Yakima County Prosecutor and Canvassing Review Board member, RON ANDERSON in his official capacity as Yakima County Canvassing Review Board member, SKIP MOORE, in his official capacity as Chelan County Auditor and Canvassing Review Board member, ROBERT SEALBY, in his official capacity as Chelan County Prosecutor and Canvassing Review Board member, BOB BUGERT in his official capacity as Chelan County Canvassing Review Board member

Defendants.

## I.  Request for Relief

Plaintiffs respectfully move under Local Rule 7(i)(2)(C) for an expedited hearing on their Joint Motion to Amend Case Schedule.

The Motion to Expedite is necessary because Local Rule 7(i)(2)(A) requires that the date of the hearing for non-dispositive motions must be at least 30 days after the motion's filing. The current scheduling order has parties exchanging Rule 26(a)(2) expert reports on December 9, 2022. ECF No. 57. Parties mutually believe

JOINT MOTION
TO EXPEDITE HEARING -2
132996.0004/9182486.1

AMEND LAW LLC
P.O. Box 13203
Burton, Washington 98013 ~ (206) 280-8724

1    that moving discovery deadlines before expert reports are due per the current

2    scheduling order would be beneficial.  Because the Parties agree on their proposed

3    pre-trial scheduling and trial-date modifications, they respectfully request that the

4    Court review their proposed schedule before 30 days elapse to ensure that parties do

5    not miss the expert disclosure deadline set by this Court if their Joint Motion to

6    Amend Case Schedule is not granted.

7

8    DATED: November 15, 2022

9                                    Respectfully submitted,

10                                   **AMEND LAW, LLC**

11

12   By:  */s/ Molly P. Matter*
     Molly P. Matter (WSBA # 52311)

13   P.O. Box 13203
     Burton, WA 98013

14   Telephone: (206) 280-8724

15   Email: molly@amendlawmatter.com

16   **GIBBS LAW GROUP LLP**

17   Rosemary Rivas (*Admitted Pro Hac Vice*)

18   Amanda M. Karl (*Admitted Pro Hac Vice*)
     Julia Gonzalez (*Admitted Pro Hac Vice*)

19   Ashleigh Musser (*Admitted Pro Hac Vice*)
     Gibbs Law Group LLP

20   111 Broadway, Suite 2100
     Oakland, CA 94612

21   Telephone: (510) 350-9700

22   Facsimile: (510) 350-9701

23

24   *Attorneys for Plaintiffs Latino Community*
     *Fund of Washington, Cinthia Álvarez*

25   *Lucatero, and Daniel Reynoso*

26                                   and

27

JOINT MOTION
TO EXPEDITE HEARING -3
132996.0004/9182486.1

AMEND LAW LLC
P.O. Box 13203
Burton, Washington 98013 ~ (206) 280-8724

**UCLA VOTING RIGHTS PROJECT**
Chad W. Dunn (*Admitted Pro Hac Vice*)
Sonni Waknin (*Admitted Pro Hac Vice*)
3250 Public Affairs Building
Los Angeles, CA 90065
Telephone: (310) 400-6019

*Attorneys for Plaintiffs, League of United Latin American Citizens, Jesse Reyes*

**LANE POWELL PC**

By: *s/ Callie A. Castillo*
Callie A. Castillo (WSBA No. 38214)
Devon J. McCurdy (WSBA No. 52663)
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
castilloc@lanepowell.com
mccurdyd@lanepowell.com

*Attorneys for Defendants*

JOINT MOTION
TO EXPEDITE HEARING -4

132996.0004/9182486.1

AMEND LAW LLC
P.O. Box 13203
Burton, Washington 98013 ~ (206) 280-8724