Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
Erika O'Sullivan, WSBA No. 57556
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
castilloc@lanepowell.com
mccurdyd@lanepowell.com
osullivane@lanepowell.com
Attorneys for Defendants

THE HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARISSA REYES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BRENDA CHILTON, in her official capacity as Benton County Auditor and Canvassing Review Board member, ANDY MILLER, in his official capacity as Benton County Canvassing Review Board member, XAN AUGEROT, in his official capacity as Benton County Canvassing Review Board member, CHARLES ROSS, in his official capacity as Yakima County Auditor and Canvassing Review Board Member, JOSEPH BRUSIC, in his official capacity as Yakima County Canvassing Review Board member, RON ANDERSON in his official capacity as Yakima County Canvassing Review Board member, SKIP MOORE, in his official capacity as Chelan County Auditor and Canvassing Review Board member, DOUGLAS SHAE, in his official capacity as Chelan County Canvassing Review Board member, BOB BUGERT in his official capacity as Chelan County Canvassing Review | No. 4:21-cv-05075-MKD<br><br>**JOINT MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>**NOTED FOR HEARING: 03/03/23**<br><br>**Without Oral Argument** |

JOINT MOTION TO MODIFY THE SCHEDULING ORDER - 1
CASE NO. 4:21-cv-05075-MKD

132996.0004/9288258.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Board member,

                        Defendants.

## I. INTRODUCTION

The parties respectfully request that the Court modify pre-trial dates in the Fourth Bench Trial Scheduling Order. Dkt. No. 75. Good cause supports the modification, which would permit the parties to take expert depositions before filing any *Daubert* motions.

## II. BACKGROUND

In fall of 2022, the parties jointly moved to amend the case schedule. Dkt. No. 72. The Court granted this motion in part. Dkt. No. 75 at 2. It set a trial date of October 2, 2023, *id.*, and the following relevant intermediate dates:

| Event | Date |
|---|---|
| Plaintiff – Initial Experts | January 5, 2023 |
| Defendant – Initial Experts | February 3, 2023 |
| Plaintiff – Rebuttal Experts | March 6, 2023 |
| Motions to compel discovery filed | April 5, 2023 |
| Discovery Cutoff | May 5, 2023 |
| Notice of to-be-adjudicated claims and affirmative defenses filed | May 12, 2023 |
| All *Daubert* motions filed | March 16, 2023 |
| All dispositive and state certification motions filed | May 12, 2023 |

Dkt. No. 75 at 16–17.

All parties met deadlines to disclose initial expert reports. *See* Dkt. Nos. 79, 80. With Plaintiffs' rebuttal reports due ten days before *Daubert* motions, the parties face a narrow window to take expert depositions and prepare any necessary motions.

JOINT MOTION TO MODIFY THE SCHEDULING ORDER - 2
CASE NO. 4:21-cv-05075-MKD

132996.0004/9288258.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Complicating this, all parties disclosed certain experts with deposition availability only after the current deadline for *Daubert* motions. *See* Dkt. 79 at 2–4; Dkt. 80 at 2.

The parties conferred regarding this schedule. Plaintiffs also noted a need for additional time to prepare rebuttal expert reports in light of the recent illness of one of their experts and the number of signatures a defense expert report placed at issue and which a plaintiff rebuttal expert must review. The parties agreed to request modification to the deadlines to serve rebuttal expert reports, file motions to compel discovery, file notice of to-be-adjudicated claims, file *Daubert* motions, and file dispositive motions.

## III. ARGUMENT

The Court is required to issue a case schedule, Fed. R. Civ. P. 16(b), but still retains "broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992). Accordingly, the Court may amend the schedule "for good cause." Fed. R. Civ. P. 16(b)(4). The "'good cause' standard primarily considers the diligence of the party seeking the amendment" and good cause is present if a case schedule "cannot reasonably be met despite the diligence of the party seeking the extension." *Id.*

The parties cannot meet the current case schedule despite diligence. Plaintiffs contend with an expert recovering from illness and the need to consider voluminous signatures addressed in the Defendants' expert report. Both parties need to depose experts and consider—and possibly draft—*Daubert* motions. The ten days between the current rebuttal expert report deadline and the *Daubert* motion deadline provide little time to evaluate expert opinions in light of rebuttals. The unavailability of both sides' experts for depositions during this period means that *Daubert* motions would be uninformed by expert depositions. Accordingly, good cause exists to extend expert report and *Daubert* motion deadlines.

JOINT MOTION TO MODIFY THE SCHEDULING ORDER - 3
CASE NO. 4:21-cv-05075-MKD

132996.0004/9288258.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Good cause also exists to extend other discovery and dispositive motion deadlines to accord with extended expert deadlines. These extensions will permit the parties additional time to conduct discovery following expert discovery and to consider dispositive motions in light of opening *Daubert* briefs.

Accordingly, the following deadline modifications are warranted:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiff – Rebuttal Experts | March 6, 2023 | March 27, 2023 |
| Motions to compel discovery filed | April 5, 2023 | May 5, 2023 |
| All *Daubert* motions filed | March 16, 2023 | May 19, 2023 |
| Discovery Cutoff | May 5, 2023 | June 2, 2023 |
| Notice of to-be-adjudicated claims and affirmative defenses filed | May 12, 2023 | June 9, 2023 |
| All dispositive and state certification motions filed | May 12, 2023 | June 9, 2023 |

These modifications permit the parties to prepare for trial on October 2, 2023, and leave other pre-trial dates unchanged. The parties therefore anticipate that these changes to intermediate case schedule dates will not unduly burden the Court.

IV. CONCLUSION

The parties respectfully request amendment of the Fourth Bench Trial Scheduling Order for the reasons and as described above.

JOINT MOTION TO MODIFY THE SCHEDULING ORDER - 4
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9288258.1

DATED: February 24, 2023

LANE POWELL PC

By: *s/Devon J. McCurdy*
Devon J. McCurdy, WSBA No. 52663
Callie A. Castillo, WSBA No. 38214
Erika O'Sullivan, WSBA No. 57556
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402 (206)
206-223-7000
mccurdyd@lanepowell.com
castilloc@lanepowell.com
osullivane@lanepowell.com
**Attorneys for Defendants**

JOINT MOTION TO MODIFY THE SCHEDULING ORDER - 5
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9288258.1

```
 1
 2                                    MORFIN LAW FIRM, PLLC
 3
 4
                                      By:  s/Edwardo Morfin with permission
 5                                         Edwardo Morfin, WSBA No. 47831
                                           732 N. Center Parkway
 6                                         Kennewick, WA 99336
                                           (509) 380-9999
 7                                         eddie@morfinlawfirm.com
 8
                                      AMEND LAW, LLC
 9                                    Molly P. Matter, WSBA No. 52311
                                      PO Box 13202
10                                    Burton, WA 98013
                                      (206) 280-8724
11                                    molly@amendlawmatter.com
12
                                      UCLA VOTING RIGHTS PROJECT
13                                    Chad W. Dunn
                                      Sonni Waknin
14                                    Bernadette Sampson Reyes
                                      3250 Public Affairs Building
15                                    Los Angeles, CA 90095
                                      (310) 400-6019
16                                    chad@uclavrp.org
                                      sonni@uclavrp.org
17                                    bernadette@uclavrp.org
                                      Admitted Pro Hac Vice
18
                                      GIBBS LAW GROUP
19                                    Rosemary M. Rivas
                                      Amanda M. Karl
20                                    Julia L. Gonzales
                                      Ashleigh A. Musser
21                                    Mark H. Troutman
                                      1111 Broadway, Suite 2100
22                                    Oakland, CA 94607
                                      (510) 350-9700
23                                    rmr@classlawgroup.com
                                      amk@classlawgroup.com
24                                    jlg@classlawgroup.com
25                                    aam@classlawgroup.com
26                                    mht@classlawgroup.com
                                      Admitted Pro Hac Vice
27                                    Attorneys for Plaintiffs
```

JOINT MOTION TO MODIFY THE SCHEDULING ORDER - 6
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9288258.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON February 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

Executed this 24th day of February, 2023, at Seattle, Washington.

By *s/Erica Santosuosso*
Erica Santosuosso, Legal Assistant
Lane Powell PC
Address: 1420 Fifth Ave #4200
P.O. Box 91302
Seattle, WA 98111
Telephone: 206-223-7000
santosuossoe@lanepowell.com

JOINT MOTION TO MODIFY THE SCHEDULING ORDER - 7
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9288258.1