| | |
|---|---|
| 1 | Callie A. Castillo, WSBA No. 38214 |
| 2 | Devon J. McCurdy, WSBA No. 52663 |
|   | Erika O'Sullivan, WSBA No. 57556 |
| 3 | LANE POWELL PC |
|   | 1420 Fifth Avenue, Suite 4200 |
| 4 | P.O. Box 91302 |
|   | Seattle, Washington 98111-9402 |
| 5 | Telephone: 206.223.7000 |
|   | Facsimile: 206.223.7107 |
| 6 | castilloc@lanepowell.com |
|   | mccurdyd@lanepowell.com |
| 7 | osullivane@lanepowell.com |
|   | Attorneys for Defendants |

THE HONORABLE MARY K. DIMKE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARISSA REYES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND, <br><br> Plaintiffs, <br><br> v. <br><br> BRENDA CHILTON, in her official capacity as Benton County Auditor and Canvassing Review Board member, ANDY MILLER, in his official capacity as Benton County Canvassing Review Board member, XAN AUGEROT, in his official capacity as Benton County Canvassing Review Board member, CHARLES ROSS, in his official capacity as Yakima County Auditor and Canvassing Review Board Member, JOSEPH BRUSIC, in his official capacity as Yakima County Canvassing Review Board member, RON ANDERSON in his official capacity as Yakima County Canvassing Review Board member, SKIP MOORE, in his official capacity as Chelan County Auditor and Canvassing Review Board member, DOUGLAS SHAE, in his official capacity as Chelan County Canvassing Review Board member, BOB BUGERT in his official capacity as Chelan County Canvassing Review | No. 4:21-cv-05075-MKD <br><br> **JOINT MOTION TO EXPEDITE HEARING RE JOINT MOTION TO MODIFY THE SCHEDULING ORDER** <br><br> **(Filed Concurrently with Joint Motion to Modify the Scheduling Order)** <br><br> **NOTE ON MOTION CALENDAR: 03/03/23** <br><br> **Without Oral Argument** |

JOINT MOTION EXPEDITE HEARING - 1
CASE NO. 4:21-cv-05075-MKD

132996.0004/9288516.1

| | |
|---|---|
| 1 | Board member, |
| 2 |                 Defendants. |

The parties respectfully move under Local Rule 7(i)(2)(C) for an expedited hearing on their Joint Motion to Modify the Scheduling Order on March 3, 2023.

Good cause to expedite exists because Local Rule 7(i)(2)(A) sets the date for hearing the Joint Motion to Modify the Scheduling Order 30 days after filing. The Joint Motion requests relief related to case schedule dates that occur before the lapse of 30 days.

DATED: February 24, 2023

                                LANE POWELL PC

                                By: *s/Devon J. McCurdy*
                                     Devon J. McCurdy, WSBA No. 52663
                                     Callie A. Castillo, WSBA No. 38214
                                     Erika O'Sullivan, WSBA No. 57556
                                     1420 Fifth Avenue, Suite 4200
                                     P.O. Box 91302
                                     Seattle, Washington 98111-9402 (206)
                                     206-223-7000
                                     mccurdyd@lanepowell.com
                                     castilloc@lanepowell.com
                                     osullivane@lanepowell.com
                              ***Attorneys for Defendants***

JOINT MOTION EXPEDITE HEARING - 2
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9288516.1

MORFIN LAW FIRM, PLLC

By: *s/Edwardo Morfin with permission*
Edwardo Morfin, WSBA No. 47831
732 N. Center Parkway
Kennewick, WA 99336
(509) 380-9999
eddie@morfinlawfirm.com

AMEND LAW, LLC
Molly P. Matter, WSBA No. 52311
PO Box 13202
Burton, WA 98013
(206) 280-8724
molly@amendlawmatter.com

UCLA VOTING RIGHTS PROJECT
Chad W. Dunn
Sonni Waknin
Bernadette Sampson Reyes
3250 Public Affairs Building
Los Angeles, CA 90095
(310) 400-6019
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org
*Admitted Pro Hac Vice*

GIBBS LAW GROUP
Rosemary M. Rivas
Amanda M. Karl
Julia L. Gonzales
Ashleigh A. Musser
Mark H. Troutman
1111 Broadway, Suite 2100
Oakland, CA 94607
(510) 350-9700
rmr@classlawgroup.com
amk@classlawgroup.com
jlg@classlawgroup.com
aam@classlawgroup.com
mht@classlawgroup.com
*Admitted Pro Hac Vice*
**Attorneys for Plaintiffs**

JOINT MOTION EXPEDITE HEARING - 3
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9288516.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON February 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

Executed this 24th day of February, 2023, at Seattle, Washington.

By *s/Erica Santosuosso*
Erica Santosuosso, Legal Assistant
Lane Powell PC
Address: 1420 Fifth Ave #4200
P.O. Box 91302
Seattle, WA 98111
Telephone: 206-223-7000
santosuossoe@lanepowell.com

JOINT MOTION EXPEDITE HEARING - 4
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9288516.1