Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
Erika O'Sullivan, WSBA No. 57556
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
castilloc@lanepowell.com
mccurdyd@lanepowell.com
osullivane@lanepowell.com
Attorneys for Defendants

THE HONORABLE MARY K. DIMKE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARISSA REYES, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND,

Plaintiffs,

v.

BRENDA CHILTON, in her official capacity as Benton County Auditor and Canvassing Review Board member, ANDY MILLER, in his official capacity as Benton County Canvassing Review Board member, XAN AUGEROT, in his official capacity as Benton County Canvassing Review Board member, CHARLES ROSS, in his official capacity as Yakima County Auditor and Canvassing Review Board Member, JOSEPH BRUSIC, in his official capacity as Yakima County Canvassing Review Board member, RON ANDERSON in his official capacity as Yakima County Canvassing Review Board member, SKIP MOORE, in his official capacity as Chelan County Auditor and Canvassing Review Board member, DOUGLAS SHAE, in his official capacity as Chelan County Canvassing Review Board member, BOB BUGERT in his official capacity as Chelan County Canvassing Review Board member,

Defendants.

No. 4:21-cv-05075-MKD

**DECLARATION OF CALLIE A. CASTILLO**

*[Filed Concurrently with Defendants' Motion for Summary Judgment]*

DECLARATION OF CALLIE CASTILLO - 1
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9408720.1

I, Callie Castillo, declare as follows:

1. I am an attorney with Lane Powell PC, representing the defendants. I have personal knowledge of the facts set forth herein.

2. Attached as **Exhibit A** is a copy of an excerpt from the 1905 Washington Session Laws.

3. Attached as **Exhibit B** is a copy of excerpts from the 2010 version of the Revised Code of Washington.

4. Attached as **Exhibit C** is a copy of an excerpt from the 1915 Washington Session Laws.

5. Attached as **Exhibit D** is a copy of an excerpt from the 1921 Washington Session Laws.

6. Attached as **Exhibit E** is a copy of an excerpt from the 1923 Washington Session Laws.

7. Attached as **Exhibit F** is a copy of an excerpt from the 1933 Washington Session Laws.

8. Attached as **Exhibit G** is a copy of an excerpt from the 1943 Washington Session Laws.

9. Attached as **Exhibit H** is a copy of an excerpt from the 1950 Washington Session Laws.

10. Attached as **Exhibit I** is a copy of an excerpt from the 1955 Washington Session Laws.

11. Attached as **Exhibit J** is a copy of an excerpt from the 1963 Washington Session Laws.

12. Attached as **Exhibit K** is a copy of an excerpt from the 1965 Washington Session Laws.

13. Attached as **Exhibit L** is a copy of an excerpt from the 1967 Washington Session Laws.

DECLARATION OF CALLIE CASTILLO - 2
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9408720.1

14. Attached as **Exhibit M** is a copy of an excerpt from the 1977 Washington Session Laws.

15. Attached as **Exhibit N** is a copy of an excerpt from the 1983 Washington Session Laws.

16. Attached as **Exhibit O** is a copy of an excerpt from the 1963 version of the Pennsylvania Annotated Statutes.

17. Attached as **Exhibit P** is a copy of an excerpt from the 1981 version of the Florida Annotated Statutes.

18. Attached as **Exhibit Q** is a copy of an excerpt from the 1977 version of the Illinois Revised Statutes.

19. Attached as **Exhibit R** is a copy of an excerpt from the 2005 Washington Session Laws.

20. Attached as **Exhibit S** is a copy of an excerpt from the 2006 version of the Revised Code of Washington.

21. Attached as **Exhibit T** is a copy of an excerpt from the 2011 Washington Session Laws.

22. Attached as **Exhibit U** is a copy of an excerpt from the Washington State Register containing entry 06-02-028.

23. Attached as **Exhibit V** is a copy of an excerpt of the Washington State Register containing entry 05-12-116.

24. Attached as **Exhibit W** to this declaration is a copy of Exhibit 7 to the deposition of Matt Barreto.

25. Attached as **Exhibit X** is a copy of excerpts from the transcript of the deposition under Rule 30(b)(6) of Benton County designee Brenda Chilton.

26. Attached as **Exhibit Y** is a copy of excerpts from the transcript of the deposition under Rule 30(b)(6) of Yakima County designee Kathy Fisher.

27. Attached as **Exhibit Z** is a copy of excerpts from the transcript of the

DECLARATION OF CALLIE CASTILLO - 3
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9408720.1

deposition of Chelan County designee Skip Moore.

28. Attached as **Exhibit AA** is a copy of excerpts from the transcript of the deposition of Kevin Overbay.

29. Attached as **Exhibit BB** is a copy of excerpts from the transcript of the deposition of Shon Small.

30. Attached as **Exhibit CC** is a copy of excerpts from the transcript of the deposition of Jerome Delvin.

31. Attached as **Exhibit DD** is a copy of excerpts from the transcript of the deposition of Ron Anderson.

32. Attached as **Exhibit EE** is a copy of excerpts from the transcript of the deposition of Daniel Reynoso.

33. Attached as **Exhibit FF** is a copy of Exhibit 4 to Mr. Reynoso's deposition. The public version of this declaration contains a slip sheet. The version of this declaration requested to filed under seal contains the exhibit.

34. Attached as **Exhibit GG** is a copy of Exhibit 6 to Mr. Reynoso's deposition. The public version of this declaration contains a slip sheet. The version of this declaration requested to filed under seal contains the exhibit.

35. Attached as **Exhibit HH** is a copy of excerpts from the transcript of the deposition of Jesse Reyes.

36. Attached as **Exhibit II** is a copy of Exhibit 6 to Mr. Reyes's deposition.

37. Attached as **Exhibit JJ** is a copy of excerpts from the transcript of the deposition under Rule 30(b)(6) of Washington State Auditor's Office designee Lisa Weber.

38. Attached as **Exhibit KK** is a copy of Exhibit 1 to Dr. Weber's deposition.

39. Attached as **Exhibit LL** is a copy of excerpts from the transcript of the deposition under Rule 30(b)(6) of Latino Community Fund designee Lillian

DECLARATION OF CALLIE CASTILLO - 4
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9408720.1

Ballesteros.

40. Attached as **Exhibit MM** is a copy of excerpts from the transcript of the deposition under Rule 30(b)(6) of League of United Latin American Citizens designee Gabriel Portugal.

41. Attached as **Exhibit NN** is a copy of excerpts from Plaintiff League of United Latin American Citizens' Amended and Supplemental Responses and Objections to Defendants' First Interrogatories, together with a later-provided signature page.

42. Attached as **Exhibit OO** is a copy of excerpts from Plaintiff Latino Community Fund's Amended and Supplemental Responses and Objections to Defendants' First Interrogatories, together with a later-provided signature page.

43. Attached as **Exhibit PP** is a copy of excerpts from Plaintiff Daniel Reynoso's Amended and Supplemental Responses and Objections to Defendants' First Interrogatories, together with a later-provided signature page.

44. Attached as **Exhibit QQ** is a copy of excerpts from Plaintiff Jesse Reyes's Amended and Supplemental Responses and Objections to Defendants' First Interrogatories, together with a later-provided signature page.

45. Attached as Exhibit **RR** is a copy of Exhibit 8 to the deposition of Dr. Barreto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 9, 2023, at Seattle, Washington.

*s/ Callie A. Castillo*
Callie A. Castillo

DECLARATION OF CALLIE CASTILLO - 5
CASE NO. 4:21-cv-05075-MKD

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

132996.0004/9408720.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will automatically generate a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

Executed this 9th day of June, 2023, at Seattle, Washington.

By *s/Kathryn Savaria*
Kathryn Savaria, Legal Assistant
Lane Powell PC
Address: 1420 Fifth Ave #4200
P.O. Box 91302
Seattle, WA 98111
Telephone: 206-223-7000
savariak@lanepowell.com

DECLARATION OF CALLIE CASTILLO - 6
CASE NO. 4:21-cv-05075-MKD
132996.0004/9408720.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107