# EXHIBIT A

# SESSION LAWS

OF THE

# State of Washington

NINTH SESSION

## 1905

Compiled by Chapters, with Marginal Notes

By SAM H. NICHOLS

Secretary of State

PUBLISHED BY AUTHORITY

(Indexed)

C. W. GORHAM, PUBLIC PRINTER
OLYMPIA
1905

shall append thereto, as far as practicable in tabular form, a statement exhibiting the number of the convicts in prison on the last day of such September, and at what age convicted, specifying separately the number born in the United States, foreigners, and of what country, and the nativity of their parents, the number that cannot read, that can read only, read and write, well educated, classically educated, temperate, intemperate, healthy, diseased, whether employed at the time of the commission of the crime, counties where convicted, occupation, sentence, how many times recommit-

**Proviso, as to consent of Warden.**

ted and social state: *Provided,* that at no time shall such chaplain visit any portion of the State Penitentiary or any convict therein without the consent of the warden; and *provided further,* that all reports of such chaplain shall be made to the warden.

**Salary and office of**

SEC. 3. He shall receive for his services a yearly salary of twelve hundred dollars ($1,200) which shall be paid in the same manner as that of other State officers. He shall be supplied with an office in the State Penitentiary, which shall be furnished with fuel and light.

Passed the House February 2, 1905.

Passed the Senate February 17, 1905.

Approved by the Governor February 27, 1905.

----

# CHAPTER 39.

### (H. B. No. 71)

## AMENDING BALLINGER'S CODES RELATIVE TO ELECTIONS.

AN ACT to amend Sections 1362 and 1394 of Ballinger's Annotated Codes and Statutes of the State of Washington relating to elections.

**1362-94 Ballinger.**

*Be it enacted by the Legislature of the State of Washington:*

**Amendment Duty of County Commissioners.**

SECTION 1. That Section 1362 of Ballinger's Annotated Codes and Statutes of the State of Washington relating to elections, be amended to read as follows: Section 1362. Except as in this chapter otherwise provided, it shall be the duty of the clerk of the Board of County Commissioners of each County to provide ballot boxes, or pouches, printed bal-

lots, and duplicate poll books for every election for public
officers in which election, or any of the electors within the
County, participate, and to cause to be printed on the ballot
the name of every candidate whose name has been certified
to or filed with the County Auditor in the manner provided
for in this chapter. Ballots other than those printed by the
respective clerks of Boards of County Commissioners, ac- **Ballots.**
cording to the provisions of this chapter, shall not be cast or
counted in any election. Nothing in this chapter contained
shall prevent any voter from writing or pasting on his ballot
the names of any person for whom he desires to vote for
any office, and such vote shall be counted, the same as if
printed upon the ballot and marked by the voter, and any
voter may take with him into the polling place any printed
or written memorandum or paper to assist him in marking
or preparing his ballot, except as hereinafter otherwise pro-
vided.

SEC. 2. That Section 1394 of Ballinger's Annotated Code
and Statutes of the State of Washington relating to elections,
be amended to read as follows, to-wit: Section 1394. If
any person shall take the oath as tendered to him by the
Inspector or Judges and no evidence is offered to traverse
the same, by the officer or party challenging, and shall other-
wise comply with the requirements of law regulating the
balloting, he shall be admitted to vote; but before the ballot
of the voter shall be deposited he shall be required to sign
the registration book in the column headed "Identification," **Identification of voters.**
provided for that purpose, and on the same line as, and
opposite to the original signature of the voter offering to
vote, which original signature shall be so concealed as not
to be seen by the voter offering to vote; and in case such
voter is incapable of writing his name, he shall, at the left
hand side of the column, make a cross or other mark usually
employed by such voter for indicating his signature, and
some person who is personally known to the Inspector and
who personally knows the voter, shall sign the registration
book in his behalf as identifying witness. If such voter offer-
ing to vote shall refuse to take the oath or affirmation so **Rejection of votes.**
tendered him or to write his signature as required, his vote
shall be rejected.

Passed the House February 6, 1905.
Passed the Senate February 23, 1905.
Approved by the Governor February 27, 1905.

3