# EXHIBIT C

Case 4:21-cv-05075-MKD    ECF No. 123-3    filed 06/09/23    PageID.3046    Page 2

# SESSION LAWS

OF THE

## STATE OF WASHINGTON

### FOURTEENTH SESSION

Convened January 11; Adjourned March 11,

## 1915

Compiled in Chapters, Including Two Acts Passed by the People Under the Initiative Provision of the State Constitution at the General Election, Held on November 3, 1914, Together With Marginal Notes

BY

### I. M. HOWELL
Secretary of State

PUBLISHED BY AUTHORITY

OLYMPIA.
FRANK M. LAMBORN, PUBLIC PRINTER.
1915

# STATUTES OF WASHINGTON
## 1915.

PASSED BY THE

# FOURTEENTH SESSION

OF THE

# LEGISLATURE

CONVENED JANUARY 11, 1915
ADJOURNED MARCH 11, 1915

SEC. 10. Section 6604-25 of Remington & Ballinger's Annotated Codes and Statutes of Washington is hereby repealed. <span style="float:right">Repeals Rem.-Bal. § 6604-25.</span>

Passed the Senate March 5, 1915.

Passed the House March 10, 1915.

Sections 1, 3, 4, 5, 6, 7, 8, 9, and 10 approved by the Governor March 22, 1915.

Section 2 vetoed by the Governor March 22, 1915.

---

## CHAPTER 189.
### [S. B. 387.]

VOTING BY ELECTORS ABSENT FROM HOME PRECINCTS.

AN ACT authorizing qualified electors absent from their resident precincts to vote at general elections, and providing the method and manner of casting and recording such vote.

*Be it enacted by the Legislature of the State of Washington:*

SECTION 1. Any elector of the state unavoidably absent from his home county and more than twenty-five miles distant from the precinct in which he is qualified to vote, may vote in any polling place at which he may present himself during polling hours, at general elections to be held, for Federal, United States Senatorial and Congressional, state, or legislative officers, or propositions, in the manner as in this act provided. <span style="float:right">Authorizing absent voting.</span>

SEC. 2. Any elector who shall present himself at any polling place within the state during the hours of voting thereat, presenting to the election officers of said polling place a certificate from the registration officer of the home precinct of said elector certifying that said registration officer is personally acquainted with said elector; that said elector is duly registered and qualified to vote in said home precinct, stating the place of residence of said elector; that said elector has in the presence of said registration officer affixed his signature to said certificate at a place to be designated for "Signature of Absent Voters," <span style="float:right">Certificate of home registration officer.</span>

692                    SESSION LAWS, 1915.            [CH. 189.

*Provided* that said certificate shall be executed and signed in duplicate, the registration officer retaining one in his permanent files; the elector shall likewise present to the election officers a blank affidavit, to which he shall subscribe and swear before the inspector or one of the judges of said election. The oath to be subscribed to shall be as follows:

State of Washington, } ss.
County of.......... }

Oath of voter.

I, ..............................., do solemnly swear (or affirm) that I am a resident and qualified elector in the..........precinct (or ward) of.............. city, in the county of................, State of Washington, duly registered as such, and am entitled to vote at any election held therein on this day; that the polling place within said precinct or ward is not in this county and is more than twenty-five miles herefrom; that this election is common in its main features to both my home precinct and this precinct; that I have had no opportunity to vote thereat; that I will be unable to reach my home voting precinct this day; that I shall lose my vote by reason thereof unless permitted to vote herein, and that I have not voted and will not vote elsewhere at this election.

...............................
Subscribed and sworn to before me this..........day of......................... 19....

...............................
................of election precinct (or ward) of..............
city.............County, Washington.

Method of voting.

SEC. 3. Upon the elector taking such oath he shall be given an official ballot taken from the highest numbers, which he shall take to a voting booth and mark the same as any resident voter may, except that he shall vote only for Federal, United States Senatorial and Congressional, state and legislative officers, and for which he might vote in his home precinct, and for this purpose he may write in

the names of any candidate or candidates under the proper headings in such ballot, and after marking the same shall fold such ballot and hand it to one of the judges or inspector of election, but such ballot shall not be deposited in the ballot box of such precinct nor entered upon the poll books of such precinct among the names of resident voters. The ballot shall have attached thereto the affidavit made by said voter, and together they shall be securely sealed in an envelope to be presented to the election officers by the elector, and upon which enevlope shall be printed the following, and which statement shall be properly filled out and signed by the election officers, to-wit: <span style="margin-left:1em">Preservation of ballot.</span>

"ABSENT VOTERS' BALLOT:

Name ........................................
Residence, (street or house)........................
Home precinct (or ward)...........................
City .........................................
County .......................................
Date ........................................
   We, the election officers of........................
precinct (or ward), city of...........................
County of...................., state of Washington, hereby certify that the ballot, together with the oath of the above named voter, was received by us and sealed in this envelope at the election held on the date aforesaid.

............................
                        Inspector
............................
                        Judge
............................
                        Judge"

SEC. 4. Such envelope when so sealed and certified shall be returned by the officers of election where such vote was cast to the County Auditor of the county in which such voter cast his vote, along with the other election returns, and upon receipt of such envelopes the county auditors shall forward the same to the county auditor where the voter claims residence, and which envelopes shall be filed  <span style="margin-left:1em">Return of ballot to voter's home county.</span>

e 4:21-cv-05075-MKD    ECF No. 123-3    filed 06/09/23    PageID.3051    Page 7

Canvass with votes of home precinct.

and kept securely locked until the time for canvassing of the votes of such county. Upon the canvassing of the votes by the canvassing board of such county, whenever any precinct is called in which there shall be on file one or more such envelopes, the board shall cause such envelopes to be opened, and shall canvass and count the same for such precinct as nearly as possible in the same manner as such votes would have been counted had they been cast in such precinct, entering the same in the poll book as absent voters, and shall modify the election returns of such precinct accordingly. Such ballot shall become a part of the returns of such precinct, and shall be kept or destroyed accordingly.

Challenges.

SEC. 5. The vote of any absent member [voter] may be challenged for any cause at the time the same is canvassed by the canvassing board of the county, and the said canvassing board shall have all the power and authority given by law to officers of election to determine herein the legality of such ballot.

Election supplies for absent voting.

SEC. 6. The officers or persons who are now, or may hereafter, be required by law to furnish supplies to officers of registration, shall furnish therewith a supply of blank affidavits, envelopes, and certificates, as herein required, and there shall be provided also in each election poll book a separate registration for absent voters. Any elector receiving the certificate required in Section 2 of this act shall also receive a blank affidavit and envelope, as required by this act, from the registration officer, and which affidavit and envelope the elector will present to the election officers at the time he offers to vote.

Penalty.

SEC. 7. Any person who violates any of the provisions of this act, relating to swearing and voting, shall be guilty of a felony and shall be punished by imprisonment of not more than five years.

Passed the Senate March 4, 1915.
Passed the House March 9, 1915.
Approved by the Governor March 23, 1915.