# EXHIBIT D

# SESSION LAWS

### OF THE

# STATE OF WASHINGTON

## SEVENTEENTH SESSION

Convened January 10; Adjourned March 10

# 1921

Compiled in Chapters by J. GRANT HINKLE, Secretary of State

Marginal Notes and Index

BY

## L. L. THOMPSON

Attorney General

PUBLISHED BY AUTHORITY

OLYMPIA
FRANK M. LAMBORN    PUBLIC PRINTER
1921

## CHAPTER 143.

[H. B. 301.]

### VOTING BY ELECTORS ABSENT FROM HOME PRECINCT.

AN ACT relating to elections, authorizing electors absent from their precints of residence to vote at general and primary elections, amending sections 1, 2, 3 and 4 of chapter 189 of the laws of 1915, amending chapter 189 of the laws of 1915 by adding thereto new sections to be known as sections 3a and 3b, respectively, and repealing section 6 of chapter 159 of the laws of 1917.

*Be it enacted by the Legislature of the State of Washington:*

SECTION 1. That section 1 of chapter 189 of the Laws of 1915 be amended to read as follows:

Section 1. Any elector of the state who believes that he will be unavoidably absent from his home, and more than twenty-five miles distant from the precinct in which he is qualified to vote, may vote at general elections to be held for federal, United States senatorial and congressional, state or legislative officers, or propositions, or at any primary held for the purpose of nomination for any such election, in the manner provided for in this act. *[marginal note: Authorizing absent voting.]*

SEC. 2. That section 2 of chapter 189 of the Laws of 1915 be amended to read as follows:

Section 2. Any elector desiring to vote at any primary or general election under the provisions of this act shall, not more than twenty days prior to any such general or primary election, procure a certificate from the registration officer of the home precinct of said elector certifying that said registration officer is personally acquainted with said elector; that said elector is duly registered and qualified to vote in said home precinct, stating the place of residence of said elector; that said elector has *[marginal note: Certificate of home registration officer.]*

in the presence of said registration officer affixed his signature to said certificate at a place to be designated "for Signature of Absent Voter;" which certificate shall be executed and signed in duplicate, the registration officer retaining one in his permanent files; and the elector shall in person, at any time not less than six days prior to any such general or primary election, present said certificate to the county auditor of the county of his residence, and shall make, subscribe and file with the county auditor an affidavit as follows:

<div style="margin-left:2em">Affidavit of voter.</div>

State of Washington, } ss.
County of....................

I, ...................., do solemnly swear (or affirm) that I am a resident and qualified elector in the................precinct of................city, in the county of..............., State of Washington, duly registered as such, and am entitled to vote at the primary or general election to be held therein on the.........day of...............19..., that I will be absent from said precinct and more than twenty-five miles distant from said precinct on the day of said election, and that I shall lose my vote by reason thereof unless permitted to vote in the manner provided by law for absent voting.

Subscribed and sworn to before me this........ day of...............19...

................................
County Auditor of.........County.
By................................
Deputy.

SEC. 3. That section 3 of chapter 189 of the Laws of 1915 be amended to read as follows:

Section 3. Upon the making and filing of the affidavit provided for in the preceding section, the auditor shall compare the signature thereon with

<div style="margin-left:2em">Method of voting.</div>

the signature upon the certificate presented therewith, and if he is satisfied that the signatures are made by the same person, and if the official ballots for such general or primary election are in the possession of the auditor, he shall deliver to the elector a blank ballot for such election, or in the case of a primary election a blank ballot of the party for the candidate of which the elector desires to vote, and also a small envelope that shall have no mark upon it which may serve to identify it or the ballot within it with the voter; also a larger envelope upon which there shall be printed the name and postoffice address of the auditor issuing the same, and a blank affidavit in the following form:

State of...................... }
County of.................... }  ss.

    I, ................., do solemnly swear that I am a resident of and a qualified voter in............ precinct of................city in............... county, Washington; that I have the legal right to vote at the election to be held in said precinct on the ...........day of.................19..., and that I have herein inclosed my ballot for such election, duly marked as required by law in the presence of ........................., a.................. in and for.............county, state of.............

        (Signed)...............................
                                        Voter.

                ...............................
                    Residence and address.

    Subscribed and sworn to before me, a........... in and for.............county, state of..........., this.........day of..............., 19....; and I hereby certify that the affiant.................... has proven himself to be the person whom he represents himself to be by exhibiting to me his registra-

tion certificate bearing his signature and by making his signature in my presence, and that I have compared said signatures and find them to be the same; that the affiant has exhibited to me the inclosed ballot and the same was unmarked; that the affiant before me at the same time and place marked his ballot, but in such manner that I did not see his vote; that he then folded, inclosed and sealed said ballot, so marked, in a small envelope, and then inclosed and sealed said small envelope in this envelope which he handed to me sealed, to be forwarded by me by registered mail to the auditor of.......... county, at................, in the state of Washington.

(Seal)

   (Signed).................................
   .................................
   in and for the county of............
   State of............... the day and year in this certificate first above written.

Upon receiving such blank ballot and envelope the voter shall proceed, in the presence of the auditor, to mark the ballot in such manner that the auditor cannot see his vote, and fold, inclose and seal the ballot in the smaller envelope, and then inclose the smaller envelope containing the ballot in the larger envelope, and make, subscribe and swear to the affidavit printed on the larger envelope, and deliver such larger envelope, together with his certificate of registration, to the auditor, who shall file and safely keep the same until the votes are canvassed as hereinafter provided, and shall immediately notify the officer having possession of the registration books of precinct of the voter of the fact that such voter has voted, and the registration officer shall thereupon note upon the registration books opposite

the name of the voter, in the column provided for that purpose, the word "Voted."

SEC. 4. That chapter 189 of the laws of 1915 be further amended by adding thereto a new section to be known as section 3a, to read as follows:

Section 3a. In case the official ballots for the ensuing election are not in the possession of the auditor at the time the elector requests the right to vote as an absent voter as in this act provided, the auditor shall take from the elector a written statement giving his name and the address, which address shall be more than twenty-five miles from his home precinct, to which he desires to have a ballot sent, and in case of a primary election a statement of the party for the candidates of which the elector desires to vote, and shall return to the voter his certificate of registration. As soon as the auditor shall receive the official ballots, he shall forward to the absent elector at the address given on the statement a blank ballot of the kind requested, together with the blank smaller and larger envelopes provided for in the preceding sections, and shall notify the registration officer of the absent voter's precinct of the fact that he has issued and mailed to the absent voter such ballot, and the registration officer shall thereupon note upon the registration books opposite the name of the voter, in the column provided for noting the votes cast, the word "Absent." <span style="float:right">Procedure when ballots not ready for delivery to elector.</span>

The elector upon receiving the blank ballot and envelopes shall have the right thereupon to appear before any officer of any city, county or state authorized by law to administer oaths, and present his certificate of registration and identify himself by making his signature in the presence of the officer for comparison with that upon the certificate of registration, and shall then first display the blank

ballot to such officer as evidence that the same is unmarked, and then proceed to mark the ballot in the presence of such officer but in such manner that such officer is unable to see how the same is marked, and shall then fold said ballot and inclose and seal the same in the smaller envelope and then inclose said smaller envelope, together with his certificate of registration, in the larger envelope and make, subscribe and swear to the affidavit printed on the larger envelope before the officer, who shall thereupon mail said larger envelope to the county auditor whose name and address are printed thereon, by registered mail, at the expense of the voter; and the county auditor, upon receiving such absentee voter envelopes, shall file the same in his office and shall keep the same until the votes are canvassed as hereinafter provided, and shall notify the registration officer of the precinct, or, if the ballot is received on election day, the election officers of the precinct that the voter, giving his name and address, has voted, and the registration officer or election officers as the case may be shall thereupon note upon the registration books opposite the name of the voter the word "Voted."

SEC. 5. That chapter 189 of the Laws of 1915 be further amended by adding thereto a new section to be known as section 3b, to read as follows:

Section 3b. No elector opposite whose name there shall appear on the registration books the word "voted" shall be allowed to vote at the election, and no person opposite whose name there shall appear upon the registration books the word "Absent" shall be permitted to vote at such election, unless he shall deliver to the election officer the blank ballot received from the county auditor and his certificate of registration, as evidence that he has not

<small>Surrender of blank ballot upon voting in home precinct.</small>

availed himself of the privilege of voting as an absent voter.

Sec. 6. That section 4 of chapter 189 of the Laws of 1915 be amended to read as follows:

Section 4. On the sixth day after any general or primary election it shall be the duty of the county auditor in the presence of the chairman of the board of county commissioners and the prosecuting attorney to open each larger outside envelope in such a way as not to injure the seal or in any way open the smaller inside envelope containing the ballot, or deface the affidavit of the larger outside envelope, and to remove said smaller envelope containing the ballot and mark upon the outside of said inside envelope the name or number of the precinct, city and county in which the ballot is to be counted and nothing whereby the identity of the voter can be known. If the voter's affidavit on the larger envelope is in due and regular form the envelope containing the ballot shall be signed by the opening officers above named and approved as a valid vote. The opening officers shall then seal securely in one package the larger outside envelopes, certificates and affidavits of voters filed as herein provided, attached securely together and the same shall be kept by said auditor for future use in case any question shall arise as to the validity of the vote. The smaller inside envelopes containing the ballots shall be filed by the auditor and kept securely locked until the time for canvassing the votes of such county. Upon the canvassing of the votes by the canvassing board of such county, whenever any precinct is called in which there shall be on file one or more such envelopes, the board shall cause such envelopes to be opened, and shall canvass and count the same for such precinct as nearly as possible in the same manner as such votes would have been counted had they been cast in such precinct,

<div style="margin-left: auto; width: fit-content;">Procedure in counting ballots of absent voters.</div>

entering the same in the poll book as absent voters, and shall modify the election returns of such precinct accordingly. Such ballots shall become a part of the returns of such precinct and shall be kept or destroyed accordingly: *Provided, however,* No such ballot shall be canvassed or counted unless received by the auditor within six days from the date of said general or primary election.

<small>Repealing clause.</small>   SEC. 7. That section 6 of chapter 159 of the Laws of 1917 be and the same is hereby repealed.

Passed the House March 4, 1921.
Passed the Senate March 8, 1921.
Approved by the Governor March 19, 1921.

---

## CHAPTER 144.

[H. B. 203.]

### INSPECTION, WEIGHING AND GRADING GRAIN, HAY AND OTHER PRODUCTS.

AN ACT amending section 12 of chapter 189, Session Laws of 1919, and providing a system of discounts in the grading of grains, and declaring an emergency.

*Be it enacted by the Legislature of the State of Washington:*

SECTION 1. That section 12 of chapter 189 of the Session Laws of 1919, be and the same is hereby amended to read as follows:

<small>Grain and hay grade standards.</small>   Section 12. The commission shall fix and establish standard grades to apply to all grain and hay, bought or handled by public or terminal warehouses in this state. The commission shall adopt as state grade standards all grades for grain and hay now or hereafter established by the United States Department of Agriculture. Standards for grain and hay not provided for by the United States De-