# EXHIBIT G

# SESSION LAWS

OF THE

# STATE OF WASHINGTON

TWENTY-EIGHTH SESSION

Convened January 11, Adjourned March 11

# 1943

Compiled in Chapters by BELLE REEVES,
Secretary of State

MARGINAL NOTES AND INDEX

By
SMITH TROY
Attorney General

PUBLISHED BY AUTHORITY

OLYMPIA
STATE PRINTING PLANT
1943

150           SESSION LAWS, 1943.           [CH. 72.

## CHAPTER 72.
[ S. B. 116. ]

### ELECTIONS—ABSENT VOTING.

AN ACT relating to elections and absent and disabled voters, and amending section 1, chapter 41, Laws Extraordinary Session, 1933 (section 5280, Remington's Revised Statutes, Supplement).

*Be it enacted by the Legislature of the State of Washington:*

Amendments.   SECTION 1. Section 1, chapter 41, Laws of Extraordinary Session, 1933 (section 5280, Remington's Revised Statutes, Supplement) is amended to read as follows:

Absentee may vote.   Section 1. Any duly registered voter, who expects to be absent from his election precinct, or unable to vote therein by reason of physical disability on the day on which there is to be held any election, may vote in the manner provided in this act: *Pro-*

Proviso.   *vided, however,* That in case of physical disability it be such that in the judgment of the registration officer the elector is and will be incapacitated from voting in the usual way. The registration officer shall accept any written application of an absent voter to which is affixed his or her *bona fide* signature and all applications shall contain a statement that the applicant will be absent or is so incapacitated (setting forth in what manner) that he or she cannot attend at the polls and vote in the usual way.

Passed the Senate February 5, 1943.
Passed the House March 3, 1943.
Approved by the Governor March 9, 1943.