# EXHIBIT H

# SESSION LAWS

OF THE

## STATE OF WASHINGTON

EXTRAORDINARY SESSION, THIRTY-FIRST LEGISLATURE

Convened July 17, 1950, Adjourned July 27, 1950

REGULAR SESSION, THIRTY-SECOND LEGISLATURE

Convened January 8, 1951, Adjourned March 8, 1951

EXTRAORDINARY SESSION, THIRTY-SECOND LEGISLATURE

Convened March 26, 1951, Adjourned April 5, 1951

Compiled in Chapters by EARL COE,
Secretary of State

MARGINAL NOTES AND INDEX

By

SMITH TROY

Attorney General

PUBLISHED BY AUTHORITY

STATE PRINTING PLANT
OLYMPIA, WASH.
1951

## CHAPTER 8.
[ S. B. 16. ]

### ELECTIONS—ABSENT VOTING.

An Act permitting absentee voting by persons unable to vote on election day for religious reasons, amending section 1, chapter 41, Laws Extraordinary Session, 1933 (sec. 5280, Rem. Rev. Stat. Supp.), as last amended by section 1, chapter 72, Laws of 1943, and declaring an emergency.

*Be it enacted by the Legislature of the State of Washington:*

Amendment.

SECTION 1. Section 1, chapter 41, Laws Extraordinary Session 1933 (sec. 5280, Rem. Rev. Stat. Supp.), as last amended by section 1, chapter 72, Laws of 1943, is hereby amended to read as follows:

Persons entitled to absent vote.

Section 1. Any duly registered voter, who expects to be absent from his election precinct, or unable to vote therein by reason of physical disability or the tenets of his religion on the day on which there is to be held any election, may vote in the manner provided in this act: *Provided, however,* That in case of physical disability it be such that in

Judgment of registration officer.

the judgment of the registration officer the elector is and will be incapacitated from voting in the usual way. The registration officer shall accept any written application of an absent voter to which is affixed

Application.

his or her *bona fide* signature and all applications shall contain a statement that the applicant will be absent or is so incapacitated (setting forth in what manner) that he or she cannot attend at the polls and vote in the usual way.

Emergency.

SEC. 2. This act is necessary for the immediate support of the state government and the preservation of the public peace, health and safety, and shall take effect immediately.

Passed the Senate July 19, 1950.
Passed the House July 20, 1950.
Approved by the Governor July 24, 1950.