# EXHIBIT L

# 1967
# SESSION LAWS

## OF THE
## STATE OF WASHINGTON

EXTRAORDINARY SESSION, FORTIETH LEGISLATURE
Convened March 10, 1967. Adjourned April 30, 1967.

## VOLUME NO. 2
**ALL LAWS OF THE 1967 EXTRAORDINARY SESSION**



Compiled in Chapters by
A. LUDLOW KRAMER
Secretary of State

MARGINAL NOTES AND INDEX
By
RICHARD O. WHITE
Code Reviser

Published by Authority



3

The term "dependent" means any person who is in fact a dependent.

Sec. 5. Section 29.39.030, chapter 9, Laws of 1965 and RCW 29.39.030 are each amended to read as follows:

<span style="float:right">RCW 29.39.030 amended.</span>

"Election" used alone means a general election except where the context indicates that a special election is meant or included. "Election" used without qualification never means a primary. "Election" does not include a municipal election.

<span style="float:right">Elections. Absentee service voters— Definitions.</span>

In addition to the above, for the purpose of this chapter, the term "primary" means the state primary election held on the third Tuesday in September of the even-numbered year. The term "election" means the state general election held on the first Tuesday following the first Monday in November of the even-numbered and the odd-numbered years: *Provided, however,* That the absentee ballots for service voters of such odd-numbered year election shall be restricted to state measures being submitted for approval or rejection.

Sec. 6. There is added to chapter 9, Laws of 1965 and to chapter 29.36 RCW a new section to read as follows:

<span style="float:right">New section.</span>

The county auditor, as ex officio supervisor of elections, or other officer having jurisdiction of the election, may, with regard to any precinct having less than one hundred registered voters at the time of closing of the registration files as provided in RCW 29.07.160, order the voting in said precinct for the next ensuing election, whether a primary election, general election, special election, or any other election, be by absentee ballot only.

<span style="float:right">Absentee voting. Precincts with less than 100 voters— Voting by absentee ballot may be ordered— Procedure.</span>

Whenever such officer shall so order, he shall, not less than fifteen days prior to the date of such election, mail or deliver to each registered voter within said precinct his notice that voting within

Elections.

said precinct shall be by absentee voting only. Accompanied with such notice shall be an application form together with a postage prepaid envelope preaddressed to the issuing officer. In order to be honored such application form, properly executed, must reach the issuing officer no later than the day of the election concerned.

New section.

Sec. 7. There is added to chapter 9, Laws of 1965 and to chapter 29.36 RCW a new section to read as follows:

Absentee voting. Precincts with less than 100 voters—Ballots—Procedure.

All such absentee ballots as authorized by section 6 of this act shall contain the same officers [offices], names of candidates and propositions (if any) to be voted upon, including precinct offices, as if the ballot had been voted in person at the polling place. Except as otherwise provided in this act, such absentee ballots shall be issued, completed, returned, received, opened, counted, canvassed, recorded and handled as any absentee ballot issued pursuant to the request of the voter: *Provided,* That the county canvassing board, at the request of the county auditor, may direct that such ballots be counted on the day of the election. If such count is made it must be done in secrecy and the results not revealed to any unauthorized person until the polls have closed. Any violation of the secrecy of such count shall be subject to the same penalties as provided for in RCW 29.54.035.

New section.

Sec. 8. There is added to chapter 9, Laws of 1965 and to chapter 29.36 RCW a new section to read as follows:

Absentee voting—Precincts with less than 100 voters—Organization or addition of territory elections.

Whenever an election is to be held for the organization of a new district, including but not limited to the organization of a water, fire, or sewer district, or for the purpose of addition of territory to an existing city, town, or district and the total number of registered voters qualified to vote at such election is