# EXHIBIT T

# 2010-2011

# SESSION LAWS

OF THE

# STATE OF WASHINGTON

2010 SECOND SPECIAL SESSION
SIXTY-FIRST LEGISLATURE
Convened December 11, 2010.  Adjourned December 11, 2010.

2011 REGULAR SESSION
SIXTY-SECOND LEGISLATURE
Convened January 10, 2011.  Adjourned April 22, 2011.



Published at Olympia by the Statute Law Committee under Chapter 44.20 RCW.

K. KYLE THIESSEN
Code Reviser

http://www.leg.wa.gov/codereviser

**Ch. 10**  WASHINGTON LAWS, 2011

and independent candidates and the candidate or candidates of all other parties will follow in the order of their qualification with the secretary of state.

(((6) All paper ballots and ballot cards used at a polling place must be sequentially numbered in such a way to permit removal of such numbers without leaving any identifying marks on the ballot.))

**Sec. 34.**  RCW 29A.36.220 and 2003 c 111 s 922 are each amended to read as follows:

The cost of printing and mailing ballots, ((ballot cards)) envelopes, and instructions ((and the delivery of this material to the precinct election officers)) shall be an election cost that shall be borne as determined under RCW 29A.04.410 and 29A.04.420, as appropriate.

**Sec. 35.**  RCW 29A.40.010 and 2009 c 369 s 36 are each amended to read as follows:

((Any)) Each registered voter of the state ((or any)), overseas voter ((or)), and service voter ((may vote by absentee)) shall automatically be issued a mail ballot ((in any)) for each general election, special election, or primary ((in the manner provided in this chapter)). Overseas voters and service voters are authorized to cast the same ballots, including those for special elections, as a registered voter of the state would receive under this chapter. Each registered voter shall continue to receive a ballot by mail until the death or disqualification of the voter, cancellation of the voter's registration, or placing the voter on inactive status.

**Sec. 36.**  RCW 29A.40.020 and 2009 c 369 s 37 are each amended to read as follows:

(1) ((Except as otherwise provided by law, a registered voter, overseas voter, or service voter desiring to cast an absentee ballot at a single election or primary must request the absentee ballot from his or her county auditor no earlier than ninety days nor later than the day before the election or primary at which the person seeks to vote. Except as otherwise provided by law, the request may be made orally in person, by telephone, electronically, or in writing. An application or request for an absentee ballot made under the authority of a federal statute or regulation will be considered and given the same effect as a request for an absentee ballot under this chapter.

(2) A voter requesting an absentee ballot for a primary may also request an absentee ballot for the following general election. A request by an overseas voter or service voter for an absentee ballot for a primary election will be considered as a request for an absentee ballot for the following general election.

(3) In requesting an absentee ballot, the voter shall state the address to which the absentee ballot should be sent.)) A request for ((an absentee)) a ballot from an overseas voter or service voter must include the address of the last residence in the state of Washington ((and either a written application or the oath on the return envelope must include a declaration of the other qualifications of the applicant as an elector of this state. A request for an absentee ballot from any other voter must state the address at which that voter is currently registered to vote in the state of Washington or the county auditor shall verify that information from the voter registration records of the county.

(4) A request for an absentee ballot from a registered voter who is within this state must be made directly to the auditor of the county in which the voter is

Ch. 10 WASHINGTON LAWS, 2011

~~primary or election~~)) processing. ((~~Absentee ballots that are to be tabulated on an electronic vote tallying system~~)) Ballots may be taken from the inner envelopes and all the normal procedural steps may be performed to prepare these ballots for tabulation.

(3) ((~~Before opening a returned absentee ballot,~~)) The canvassing board, or its designated representatives, shall examine the postmark((~~, statement,~~)) on the return envelope and signature on the ((~~return envelope that contains the security envelope and absentee ballot~~)) declaration before processing the ballot. The ballot must either be received no later than 8:00 p.m. on the day of the primary or election, or must be postmarked no later than the day of the primary or election. All personnel assigned to verify signatures must receive training on statewide standards for signature verification. Personnel shall verify that the voter's signature on the ((~~return envelope~~)) ballot declaration is the same as the signature of that voter in the registration files of the county. Verification may be conducted by an automated verification system approved by the secretary of state. For any absentee ballot, a variation between the signature of the voter on the ((~~return envelope~~)) ballot declaration and the signature of that voter in the registration files due to the substitution of initials or the use of common nicknames is permitted so long as the surname and handwriting are clearly the same.

(4) ((~~For registered voters casting absentee ballots~~)) If the postmark is missing or illegible, the date on the ((~~return envelope~~)) ballot declaration to which the voter has attested determines the validity, as to the time of voting, for that ((~~absentee~~)) ballot ((~~if the postmark is missing or is illegible~~)). For overseas voters and service voters, the date on the ((~~return envelope~~)) declaration to which the voter has attested determines the validity, as to the time of voting, for that ((~~absentee~~)) ballot.

Sec. 42. RCW 29A.40.130 and 2003 c 111 s 1013 are each amended to read as follows:

Each county auditor shall maintain in his or her office, open for public inspection, a record of ((~~the requests he or she has received for absentee ballots under this chapter.~~

~~The information from the requests shall be recorded and lists of this information shall be available no later than twenty-four hours after their receipt.~~

~~This information about absentee voters shall be available according to the date of the requests and by legislative district. It shall include the name of each applicant, the address and precinct in which the voter maintains a voting residence, the date on which an absentee ballot was issued to this voter, if applicable, the type of absentee ballot, and the address to which the ballot was or is to be mailed, if applicable.~~

~~The auditor shall make copies of these records available to the public for the actual cost of production or copying~~)) all voters issued a ballot and all voters who returned a ballot. For each primary, special election, or general election, any political party, committee, or person may request a list of all registered voters who have or have not voted. Such requests shall be handled as public records requests pursuant to chapter 42.56 RCW.

NEW SECTION. Sec. 43. A new section is added to chapter 29A.44 RCW to read as follows:

(i) Appear in person and sign a new registration form no later than the day before the certification of the primary or election; or

(ii) Sign a copy of the affidavit provided by the auditor and return it to the auditor no later than the day before the certification of the primary or election. The voter may enclose with the affidavit a photocopy of a valid government or tribal issued identification document that includes the voter's current signature. If the signature on the copy of the affidavit does not match the signature on file or the signature on the copy of the identification document, the voter must appear in person and sign a new registration form no later than the day before the certification of the primary or election in order for the ballot to be counted.))

(b) If the signature on ((an absentee or provisional ballot envelope)) a ballot declaration is not the same as the signature on the registration file because the name is different, the ballot may be counted as long as the handwriting is clearly the same. The auditor shall send the voter a change-of-name form under RCW 29A.08.440 and direct the voter to complete the form.

(c) If the signature on ((an absentee or provisional ballot envelope)) a ballot declaration is not the same as the signature on the registration file because the voter used initials or a common nickname, the ballot may be counted as long as the surname and handwriting are clearly the same.

(3) A voter may not cure a missing or mismatched signature for purposes of counting the ballot in a recount.

(4) A record must be kept of all ballots with missing and mismatched signatures. The record must contain the date on which the voter was contacted or the notice was mailed, as well as the date on which the voter signed the envelope, a copy of the envelope, a new registration form, or a change-of-name form. That record is a public record under chapter 42.56 RCW and may be disclosed to interested parties on written request.

**Sec. 55.** RCW 29A.60.170 and 2007 c 373 s 3 are each amended to read as follows:

(1) At least twenty-eight days prior to any special election, general election, or primary, the county auditor shall request from the chair of the county central committee of each major political party a list of individuals who are willing to serve as observers. The county auditor has discretion to also request observers from any campaign or organization. The county auditor may delete from the lists names of those persons who indicate to the county auditor that they cannot or do not wish to serve as observers, and names of those persons who, in the judgment of the county auditor, lack the ability to properly serve as observers after training has been made available to them by the auditor.

(2) The counting center ((in a county using voting systems)) is under the direction of the county auditor and must be ((observed)) open to observation by one representative from each major political party, if representatives have been appointed by the respective major political parties and these representatives are present while the counting center is operating. The proceedings must be open to the public, but no persons except those employed and authorized by the county auditor may touch any ballot or ballot container or operate a vote tallying system.

(((2) In counties in which ballots are not counted at the polling place, the official political party observers, upon mutual agreement, may request that a precinct be selected at random on receipt of the ballots from the polling place