# EXHIBIT X

```
 1                  UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF WASHINGTON

 3       _____

 4       JESSE REYES, DANIEL REYNOSO,

 5       LEAGUE OF UNITED LATIN AMERICAN

 6       CITIZENS, LATINO COMMUNITY FUND

 7       OF WASHINGTON,

 8               Plaintiffs,

 9           v.                           Case No.:

10       BRENDA CHILTON, et al.,          4:21-cv-05075-MKD

11               Defendants.

12       _____

13       VIDEOCONFERENCE DEPOSITION OF BRENDA CHILTON AS 30(b)(6)

14           CORPORATE REPRESENTATIVE FOR BENTON COUNTY

15       DATE:          Tuesday, May 16, 2023

16       TIME:          9:01 a.m.

17       LOCATION:      Remote Proceeding

18                      Los Angeles, CA 90017

19       OFFICIATED BY: Denise De La Cruz, Notary Public

20       JOB NO.:       5866562

21

22

23

24

25
```

Page 1

1        Q    Why don't we start with current staff?

2        A    Okay.  So I have five full-time elections

3    staff.  Amanda Hatfield is the elections manager, Grace

4    Davidson is the elections systems supervisor, Jerry

5    Torres is the elections specialist, and there are two

6    office assistants.  I'm not sure if I have their names

7    correct 'cause they are fairly new.  There is Tracy Fox

8    [ph] and Abigail -- what is that girl's last name? --

9    Severson [ph].  Abigail Severson [ph].

10            In addition, we use staff that are not

11   necessarily full time to the elections division.  They

12   may work full time in our recording/licensing division,

13   but are trained and/or certified in election.  That

14   might include -- currently, it includes Lorene Roe,

15   Lauren Miller, Shaun Bollinger [ph], Miranda Cervantes

16   [ph].  I believe that those are the -- all of the

17   current staff.

18       Q    For the staff that may come from other areas

19   of -- and I'm assuming here, the auditor's office; is

20   that correct?  That you were just talking about?

21       A    Yes.  Correct.

22       Q    Okay.  So for staff that comes from other

23   areas of the auditor's office, you stated that they were

24   trained or certified in elections.  What does that mean?

25       A    So depending on the employee, some of them

Page 17

1    have become certified through the Washington State

2    Secretary of State's certification program.  Lauren

3    Miller is certified.  Shaun Bollinger [ph] is certified.

4    Other staff have been trained and worked periodically in

5    elections for -- well, any of them who are checking

6    signatures have completed signature verification

7    training.  We don't -- we don't use anyone who has not

8    taken signature verification training to verify

9    signatures.

10         Q    And how many times have those staff been

11    trained in signature verification training?

12                   MS. CASTILLO:  Object to form.

13         A    It varies depending on the employee.

14    Generally, we like to have them attend every two to

15    three years if training is available.  And so I've taken

16    the training multiple times; Lorene, Amanda, Grace,

17    Jerry have all taken the training multiple times.  Tracy

18    and Abigail, because they are fairly new to the

19    department, have each taken it -- taken it once.  And

20    then Lauren and Miranda have taken it at least once if

21    not more.  And Shaun is multiple times.

22         Q    And --

23         A    I apologize.  Shaun has taken it multiple

24    times as well, Shaun Bollinger [ph].

25         Q    And when staff take signature verification

                                                    Page 18

1    training, do they do it -- take a refresher course

2    before elections?

3        A    If there is a course available, we -- we will

4    send them to or have them participate in the training.

5    Oftentimes now, the trainings are -- are offered

6    virtually.  And so any time there is virtual training,

7    we look to see when was the last time an employee took

8    the training and if we can fit it in their schedule, we

9    try and have them take the training.

10        Q    But Benton County does not mandate that

11    election staff who does signature verification take

12    refresher or training courses before elections in which

13    they are going to be verifying signatures; is that

14    correct?

15        A    Before every election?

16        Q    Yes, before every election.

17        A    No, we don't do that currently, primarily

18    because it's not offered before every election.

19        Q    Are signature verification trainings, to your

20    knowledge, available to Benton County Auditor staff to

21    check signature verification before each election cycle?

22            MS. CASTILLO:  Object to form.

23        A    No.  It is not available before each election

24    cycle through the secretary of state's office.  It used

25    to be provided through the Washington State Patrol

                                            Page 19

1    periodically; generally, like, once a year.  Maybe twice

2    a year.  And currently, the secretary of state's office

3    periodically offers the training because the state

4    patrol no longer does them.

5         Q    Are there other organizations that provide

6    signature verification training for elections at Benton

7    County as available to them?

8                   MS. CASTILLO:  Object to form.

9         A    Not that I'm aware of.

10         Q    Has Benton County looked into whether or not

11    they would be able to have training courses from outside

12    sources on signature verification?

13         A    No.

14         Q    Why not?

15         A    The resources that have been available to us

16    over the last several years have been frequent enough

17    that we've been comfortable with the -- the availability

18    of the training.

19         Q    So I'm going to go back to talk about folks

20    that you had spoken with.  So you had spoken with Amanda

21    Hatfield.  You've spoken with some other folks in your

22    office.  Is that correct?

23         A    That's correct.

24         Q    Okay.  Is there anyone else that you had

25    spoken to with respect to this deposition?

Page 20

1    procedure similar or the same as the Washington

2    canvassing review board manual?

3                    MS. CASTILLO:  Object to form.

4         A    I believe that -- well, the canvassing review

5    board manual is fairly high level, so it doesn't

6    necessarily contain some of the, you know, more in-depth

7    processes where it's as related to running the ballots

8    or ballot-sorting equipment to capture the signatures.

9    In -- in large, it --

10        Q    Okay.  Is there anything else you did to

11   prepare for your deposition today that we hadn't talked

12   about?

13        A    I reviewed some other documents, talked to my

14   elections manager about things like who may have worked

15   during a particular election, who may have checked

16   signatures during a particular election.  I reviewed

17   the -- our responses to the discovery.  I reviewed the

18   state's retention schedules.  I reviewed the state's --

19   state auditor's performance review audit.  And then some

20   other miscellaneous items that may be applicable to --

21        Q    You said that -- apologies.  You just stated

22   that you reviewed some other documents.  Do you remember

23   what those documents you reviewed were?

24        A    I reviewed the signatures that we discussed

25   earlier.  I reviewed an example of the procedure that my

                                            Page 23

1     staff uses to prepare for canvassing boards.  I reviewed

2     some samples of our canvassing board minutes.  I

3     reviewed the canvassing board policies and procedures.

4     I reviewed a sample checklist that my elections manager

5     uses for each election cycle.

6              As already discussed, I used the procedure

7     that we provide the staff on how to access VoteWA for

8     signature verification.  We already discussed the

9     canvassing boards.  Manuals; the VoteWA user guides; our

10    internal strategic plan documented years ago.  Reviewed

11    the state auditor's performance audit report.  Materials

12    related to voter outreach, primarily social media.  I

13    reviewed the cure letter that -- that we use when a

14    ballot is challenged.  The 2022 primary voters'

15    pamphlet; a copy of that.

16             The script that we provide to the call service

17    that answers our phones during an election cycle as well

18    as the script that we provide to that same call service

19    when they contact voters who have challenged ballots.

20    And a dated media handbook that we used to distribute to

21    local media outlets.  The -- as already discussed, the

22    state patrol training materials.  We already discussed

23    the E-101 manual that also includes the voter intent

24    manual as an appendix.

25             Some documentation evidencing some signature

Page 24

1    verification training for one of our commissioners, Will

2    McKay.  Handful of WACs and RCWs related to signature

3    verification.  A document -- single document related to

4    an email where somebody inquired about the ballot.  A

5    performance audit.  Some screenshots of our website.

6    And the retention schedule already indicated.

7        Q    Ms. Chilton -- oh.

8        A    The -- discovery request.  And then the last

9    thing was documents related to some inquiries we made

10   with the secretary of state -- regarding automatic

11   signature recognition.

12       Q    Okay.  Ms. Chilton, did you review any expert

13   reports in preparing for this deposition?

14       A    No.

15       Q    Have you reviewed any expert reports in this

16   case?  Or related to this case?

17       A    Some time ago, yes.

18       Q    Okay.  And which expert reports were those?

19       A    I don't recall specifically.

20       Q    Okay.  I am going to show you Exhibit 1 and I

21   will put it in the chat.

22                (Exhibit 1 was marked for

23                identification.)

24            I don't think it allows me to put documents in

25   the chat.

                                                      Page 25

1    been sent back and are being processed by county

2    elections staff.

3                    MS. CASTILLO:  Object to form.

4        A    So I think I left off earlier that signatures

5    were uploaded into the VoteWA system by the secretary of

6    state's office and our staff access them through VoteWA.

7    They see a screen with the cropped signature from our

8    ballot-sorting equipment.  Four -- it's four signatures

9    across with the ballot signatures on top and any

10   available signatures for those voters below them.

11   The -- the staff use the training that they've received

12   to make a determination as to whether or not they

13   believe the signature matches.  If they believe the

14   signature matches, they accept -- they -- they mark the

15   ballot as "accept" in the system.  But if they -- if

16   there's not a signature on the ballot or they do not

17   believe the signature matches or for some other reason,

18   they will mark the ballot as "challenged."

19            When they've completed that process for the --

20   the ballots that are -- been batched together, normally

21   for a day -- the ballots received, then those -- those

22   ballots do go for a second pass through our sorting

23   equipment.  The sorting equipment outstacks anything

24   that's been challenged into separate trays and counts

25   any -- any ballots that have been marked "accept" into

                                                Page 30

```
 1    trays of 200 so that they can move forward in the
 2    process.  Any ballots that are marked and outstacked for
 3    challenge reasons are then moved to our election systems
 4    supervisor, and she, generally the same day, depending
 5    on the timing of the day -- it may not occur until the
 6    following morning -- but she goes through all of those;
 7    verifies that there's a signature on the ballot.  If
 8    it's a no signature, it -- it -- or, you know, looks at
 9    the other challenged items, specifically in relation to
10    the signature discrepancies and mismatches.  She uses
11    the physical ballot and reviews the signatures and takes
12    a little bit more time.
13             Our -- our first-pass review of those
14    signatures, our staff is instructed -- because they're
15    looking at, sometimes, you know, hundreds, thousands of
16    ballots a day in a very short period of time -- they're
17    instructed not to -- to spend a substantial amount of
18    time on signatures that they have questioned.  That is
19    generally then during that second tier of review, which
20    is done by our elections systems supervisor.  She takes
21    the -- the ballot and uses the -- the elements set forth
22    in our training and in -- in the -- the WAC to break the
23    signature down a little bit more and determine whether
24    or not she believes that it is still a signature
25    discrepancy.  If after looking at it, she believes the
```

Page 31

1    signature matches, she will change the signature to a --
2    in the system to "accept."  It goes back through -- a
3    pass through our sorter so that it can move on in the
4    process.  If she agrees with the -- the first --
5    first-tier signature checker that it does not appear to
6    be a match, then she will move it forward for
7    notification to the voter that their signature has been
8    challenged and a cure letter is sent out to the voter
9    immediately to notify them that their -- their
10    signature -- there was a signature issue.
11           Ultimately -- let's say if -- if the voter
12    cure -- sends a cure letter back, then that is reviewed
13    by the elections systems supervisor.  They compare the
14    signature on the cure letter to the signature on the
15    ballot and if it then matches, then they change it to
16    "accepted" in the system and it moves forward in the
17    process.  If the signature does not still match, either
18    because they returned a cure letter or we didn't receive
19    a response back from the voter, ultimately, it gets
20    moved to that third tier of review, which is the
21    canvassing review board.  The canvassing review board
22    are presented with those items, generally the day before
23    certification of the election.  We meet all day and we
24    review any challenged items.  And the canvassing board
25    reviews each one of those items using, you know,

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    applicable training and the -- the elements set forth in

2    the WAC.

3              At the beginning of each canvassing review

4    board meeting, we always go through the exercise of

5    reading the -- the applicable WAC that sets forth the

6    elements to be looking at when reviewing a signature.

7    The canvassing review board has a discussion on each

8    item as to whether or not they believe the signature

9    matches or doesn't match and ultimately the -- the board

10   will vote to determine whether or not to reject the

11   ballot or to accept the ballot.  And then, really, the

12   last step of that process -- of course, if the -- the

13   board accepts those ballots, then they move forward and

14   are open and tabulated.  If the ballot is rejected

15   following certification of the election, staff sends

16   notification out to the voter and encourages them to

17   update their signature so that we don't -- that they're

18   more likely to have their ballet counted in future

19   elections.

20   Q    So I want to go back to that first tier of

21   review.  Can you explain to me how Benton County

22   structures a first tier of signature review?

23              MS. CASTILLO:  Object to form.

24   A    I -- I'm not sure of your question.

25   Q    Yeah.  No problem.  So Benton County has a

Page 33

```
1    certification and receive signature verification --

2    signature verification training as well.  We do -- our

3    elections systems supervisor recognizing newer staff

4    does keep that in mind when she's doing that second-tier

5    review.

6          Q    And so earlier, you had said that you would

7    like your staff to be trained every two to three years

8    for signature verification.  Is that a requirement of

9    Benton County?

10         A    It is not a requirement.  Generally, when we

11   receive notifications of available training, we will

12   work with you and -- and determine whether or not -- as

13   I indicated earlier -- whether or not timing will --

14   will allow staff that has not attended for a period of

15   time to attend.

16         Q    Why isn't it a requirement for folks to have

17   been trained frequently for signature verification?

18              MS. CASTILLO:  Objection.  Form.

19         A    We -- we generally have a best practice that

20   we review staff's, you know, recent training

21   opportunities and determine whether or not they --

22   while -- so while we haven't made it a policy, we have

23   made it a best practice to try and get periodic training

24   for all of our signature verifiers.

25         Q    Are best practices binding on staffers of
```

Page 36

```
 1    Benton County?

 2         A    No.

 3         Q    Is there -- strike that.  How does Benton

 4    County know that each staffer, during the first level of

 5    signature verification and review, are applying the same

 6    standards to each ballot?

 7                   MS. CASTILLO:  Object to form.

 8         A    We have instructed them to follow the -- the

 9    training that they've been provided as well as the

10    standards set forth in the applicable WAC.

11         Q    How do you know that your staffers are

12    following the training that they've been provided when

13    reviewing signatures?

14         A    I don't know that we have a set process to

15    evaluate that other than my elections systems supervisor

16    and -- and I should say in response to, you know, the

17    second-tier review on occasion that the elections

18    manager might do that function if for some reason the

19    elections systems supervisor is out sick or something

20    like that.  But the elections systems supervisor and the

21    elections manager, when we have very limited staff, are,

22    of course, evaluating them for the other, you know,

23    aspects through probationary periods and these types of

24    things.  And this continues to guide them in terms of

25    what the standards are related to signature
```

Page 37

```
 1   determining whether each signature reviewer is applying

 2   their training or WACs in the same consistent manner to

 3   each ballot that they're reviewing?

 4       A    No.  No.

 5              MS. CASTILLO:  Objection to form.  Asked

 6   and answered.

 7   BY MS. WAKNIN:

 8       Q    Oh, Ms. Chilton, you're --

 9       A    I don't know if I -- I apologize.  I don't

10   know --

11       Q    Okay.  So I'm just going to ask you to repeat

12   that.  I think a bunch of us were talking over -- could

13   you repeat your --

14       A    What was the -- what was the question again?

15       Q    Sure.

16              MS. WAKNIN:  Ms. De La Cruz, can you

17   please repeat or read on the record my last question?

18              THE OFFICER:  Yes.  One moment.

19              (The officer read the record as

20              requested.)

21              THE WITNESS:  No.

22   BY MS. WAKNIN:

23       Q    Ms. Chilton, I'm now going to ask about the

24   second tier of review.  So is it the case, as you

25   stated, that Benton County has a second tier of review
```

Page 40

```
 1    for when there is a signature that is flagged?
 2         A    That is correct.
 3         Q    And who are the people who are responsible for
 4    that second tier of review?
 5         A    Depending on the time period, it's -- it could
 6    vary because of some organizational changes in the
 7    division.  It used to be the elections specialist and
 8    for a number of years, it was Jerry Torres who did the
 9    second level of review.  And after we added a
10    supervisory level to our organization, it was Rene Rojas
11    as the elections system supervisor for a number of
12    years.  And then after Rene Rojas left for another job,
13    Grace Davidson, who's our current elections system
14    supervisor, does it.  As I mentioned earlier, if for
15    some reason one of those individuals was out sick or --
16    or -- we don't take vacations very much -- but the
17    elections manager might step into that role so that we
18    can timely get -- get those reviewed and the cure
19    letters sent if needed.
20              On occasion that a second-tier reviewer -- if
21    they have questions about elements of the signature or,
22    you know, somebody signed with a power of attorney or
23    something like that, they might draw the elections
24    manager in for a discussion about whether or not it's a
25    valid signature.  So there might be two individuals
```

Page 41

1    during varying times reviewing a particular signature.

2        Q    And I apologize.  I'm going to ask you a

3    question on the first-tier review.  Previously, you had

4    stated that your viewers don't spend a significant

5    amount of time reviewing signatures; is that correct?

6        A    Because of the volume that they're going

7    through on a daily basis, I believe they spend the

8    amount of time needed to determine whether or not it's a

9    signature match.  On some of the more challenging

10   signatures, we've instructed them not to spend a

11   significant amount of time.  If they -- if their first

12   instinct is -- is if they have questions about whether

13   or not it matches, we have them challenge it so that it

14   can go to the second-tier review and more time can be

15   spent analyzing that signature.  So we instruct them to

16   spend enough time on each signature that they're

17   confident that it matches.  If they are questioning

18   whether or not it does match, then we've instructed them

19   not to spend a significant amount of time primarily in

20   relation to our two office assistants, who don't have

21   the years and years of experience but our second-tier

22   reviewers do.  You know, we need them to be checking

23   other signatures and not spending a significant amount

24   of time on ones that they do question.

25       Q    And what is Benton County's definition of a

Page 42

1    this WAC?

2         A    No.

3         Q    You mentioned training; is that correct?

4         A    Yes.

5         Q    It could be the case that a signature reviewer

6    who is determining whether or not a signature is

7    handwritten could have been trained two or three years

8    prior; is that correct?

9         A    That's correct.

10        Q    How does Benton County know that a signature

11   reviewer who has been -- who has taken training two or

12   three years prior remembers what it means that a

13   signature is handwritten?

14              MS. CASTILLO:  Object to form.

15        A    They're -- they're provided the resources

16   including the materials provided at their training; the

17   WAC.  Those resources are all available to them at any

18   time they're doing signature verification.

19        Q    So understanding that the resources are

20   available to election staff, how does Benton County know

21   that election staff understand what it means that a

22   signature is handwritten other than the fact that they

23   have gotten -- they may have gotten trained?

24              MS. CASTILLO:  Object to form.

25        A    Well, for new employees, we -- you know, we

Page 52

1   generally provide them oversight through, you know,

2   their early elections to make sure that they're

3   understanding, and the supervisors would check in with

4   them on a regular basis.  The more experienced signature

5   checkers, some of whom have, you know, checked probably

6   tens of thousands if not more signatures over the years;

7   they're just reminded in what we do from election to

8   election.

9          Q    So what I understand you saying though is that

10   there is no actual policy that Benton County has to

11   determine whether or not a signature reviewer

12   understands the first portion of this WAC; that a

13   signature -- what it means that a signature is

14   handwritten.  Is that correct?

15          A    Correct.

16          Q    What type of oversight do new employees

17   receive from -- when they're doing signature

18   verification?

19          A    So new employees aren't -- aren't allowed to

20   do signature verification until they've completed the --

21   the training, either through state patrol or the

22   secretary of state's office.  But once they've had the

23   training, our supervisory staff is available to them as

24   they work through their first couple of elections to

25   make sure that they can answer any of their questions.

Page 53

```
 1    and -- there wasn't any regularly-scheduled training
 2    coming up, so we worked with the state patrol, who did
 3    an individualized training for -- for this commissioner
 4    so that they had signature verification training before
 5    they sat on the canvassing board.  And that's been our
 6    general practice.  I instruct my elections manager to
 7    review those -- those things ahead of time just to make
 8    sure that we're providing that training when it comes to
 9    assisting the individual in getting some training before
10    they sit on the canvassing review board.
11         Q    And who was that commissioner that you're
12    referring to?
13         A    Commissioner Will McKay.
14         Q    And so you stated prior that it's not a
15    written practice to require members of the canvassing
16    review board and Benton County to receive signature
17    verification; is that correct?
18         A    Correct.  We do not have a written policy.
19         Q    Could you adopt a written policy? -- or strike
20    that.  Could the canvassing review board adopt a written
21    policy to require members who sit on the canvassing
22    review board to have signature verification training?
23         A    I would want to review that with my counsel,
24    but I believe that the board could pass that as a
25    requirement.
```

Page 57

```
 1    from "challenged" to "accepted" at the second tier when

 2    it was a -- originally challenged by a newer employee.

 3         Q    How long is the training that signature

 4    review -- like, employees conducting signature review

 5    take?

 6         A    My recollection is it's about a two-hour

 7    training.

 8         Q    Are members of the canvassing review board

 9    required to be trained for signature verification?

10         A    Yes --

11         Q    Does Benton County -- so it's your belief that

12    Benton County requires members of the canvassing review

13    board to be trained in signature verification?

14         A    Yes.  Yes.

15         Q    Where is that -- oh, apologies.

16         A    Well, I -- it's not a written policy, but

17    we've made it a practice to review who the canvassing

18    board members are going to be for an upcoming election

19    cycle and make sure that they have had signature

20    verification training.  For example, a couple of years

21    ago, we -- we had a new commissioner and there was a

22    circumstance where the chairman of the board who

23    normally serves on the canvassing board was not going to

24    be able to serve on the canvassing board for the fall

25    election cycle.  And so we worked with the state patrol
```

Page 56

1    Q    Of course.  So does Benton County place any

2  penalties on members of the canvassing review board that

3  do not follow best practices of Benton County when it

4  comes to signature verification training?

5              MS. CASTILLO:  Object to form.

6    A    I'm unaware of any authority that the county

7  would have to do so, so no.

8    Q    And how does Benton County ensure that members

9  of the canvassing review board are acting -- are

10  following their training when they are reviewing

11  signatures?

12              MS. CASTILLO:  Object to form.

13    A    So we -- we always start our canvassing board

14  meetings by reviewing the WAC.  We -- we read it aloud

15  and make sure that there are no questions about what the

16  elements are that must be used for evaluating

17  signatures.  And I -- I'm not sure that -- what other

18  methods there would be to ensure that they're using

19  those.

20    Q    How does Benton County know that each member

21  of the canvassing review board is applying the WAC for

22  signature verification standard in the same consistent

23  manner?

24              MS. CASTILLO:  Object to form.

25    A    So generally during the course of a canvassing

Page 59

1    board meeting when we're reviewing signatures, it's a

2    group discussion.  It's not -- it's, you know -- it's

3    not a quick "yea, nay" vote as to whether the signature

4    matches.  We take a considerable amount of time to

5    individually assess each signature as it compares to the

6    signatures that are on -- the available signatures in

7    the -- the voter's record, and that includes all

8    elements that are set forth in the WAC.  And at any

9    given time, a single signature could take five minutes

10   because it's -- you're, you know, the five elements set

11   forth in the WAC, when you start to break those down and

12   assess those and whether or not there are multiple

13   characteristics -- certain characteristics between the

14   two signatures -- all of that is done during the course

15   of the canvassing board meeting.  Again, we don't -- we

16   don't just quickly look at the signature and say "yea"

17   or "nay."  We actually assess every element in the WAC

18   on every signature during a canvassing board -- review

19   board meeting.  And so my -- go ahead.

20        Q    How do you all assess every element on a

21   signature during a canvassing review board meeting?

22        A    So again, it's -- it's generally a -- a group

23   discussion.  So we lay the signatures side by side and

24   we have a discussion about whether or not the --

25   primarily the elements 2 through 5.  Fairly easy to

Page 60

```
 1    assess whether or not a signature is handwritten; but as
 2    it relates to things like style and general appearance,
 3    the proportion of letters and irregularities, unusual
 4    characteristics, one or more of us will verbalize during
 5    the meeting that, oh, well, look.  Here, you know --
 6    look at the first letter of this compared to the first
 7    letter of this or there's a gap between this letter and
 8    this letter that is consistent between this and this.
 9    Or it may be differences in -- in the elements of the
10    signature, like the way that a person writes their "A"
11    versus -- in one signature versus the next available
12    signature to review.
13            So I -- you know, I've been doing this for 25
14    years; checked signatures all the way back to when I
15    first became employed in 1998 and we checked signatures
16    on absentee ballots back then.  I sat on a number of
17    canvassing boards over the years and, you know, with no
18    exception, every member of the canvassing board -- of
19    every canvassing board that I sat on has participated in
20    the discussion, the group discussion, as to whether or
21    not each and every signature matches.
22       Q    So I'm trying to understand.  Does Benton
23    County use, like -- to evaluate signatures then, when
24    you're having them side by side -- like a point system?
25    to determine how many points, like, a signature may
```

Page 61

```
 1    ballot.  The importance of, kind of, the group
 2    discussion by the -- by the canvassing review board is
 3    this really important -- really important practice that
 4    was adopted here in Benton County.
 5         Q    So what I understand you to say is that
 6    besides the group discussion that the canvassing review
 7    board has, there is no set policy and procedure from the
 8    canvassing review board that has been adopted to ensure
 9    that each ballot that comes before the canvassing review
10    board is treated in the exact same manner as other
11    ballots.  Is that correct?
12                   MS. CASTILLO:  Object to form.
13         A    There is no written policy, no.
14         Q    If there is no written policy, how does the
15    canvassing review board or Benton County publicize the
16    type of process it uses for signature verification to
17    voters in Benton County?
18                   MS. CASTILLO:  Object to form.
19         A    I'm not sure what you mean by "publicize."
20         Q    Or maybe we could say, how do you educate
21    voters on the process in which their ballots will go
22    through through the signature verification process?
23         A    So there are a number of opportunities to
24    educate voters.  We developed a graphic that explains
25    what the process is that a ballot -- the -- kind of
```

Page 89

1    the -- that a ballot -- from the time it's mailed to you

2    to the time that it is ultimately tabulated.  We also

3    have a -- a robust observer program and the elections

4    processes are open to the public at any given time.

5             And we -- we invite -- our observer program

6    that we -- we always had an observer program, but we

7    kind of ramped it up a couple of years ago and modeled

8    it after another county's program and -- and we -- we

9    certainly had problems getting observers to show up from

10   election to election.  And it was really our desire to

11   make sure we had observers from election to election,

12   and so we adopted a paid observer program.  We pay a

13   small stipend to a coordinator from the Democrat Party,

14   the Republican Party, and the League of Women Voters.

15   The coordinator gets observers and so that way, we make

16   sure to have observers at every election.  They're the

17   official observers, so they can come inside of our

18   processing area and see what we're doing.  But we also

19   have -- allow observers.  We have a general viewing

20   area.

21             And then a couple of years ago, we set up a

22   signature verification -- I don't know -- area.  We

23   bought very large-screen monitors that -- they're just a

24   bay.  I guess we could call it a bay -- a bay of six

25   monitors that are -- I don't know -- they've got to be

Page 90

```
 1    at least 50-inch monitors.  There's six of them.  And
 2    our -- it displays -- casts -- each of the signature
 3    verifiers' process from their screen at their desk to
 4    the signature bay.  And so -- and then we have chairs
 5    and stuff so people can come in and sit, and they can
 6    watch the entire signature -- signature verification
 7    process as it's live.
 8         Q    Yeah.  And, Ms. Chilton, I appreciate that
 9    detailed explanation.  I'm trying to understand, though,
10    if there is -- if there is not a written policy as to
11    what, you know, things or elements or clusters or the
12    signature verification standard is, how does Benton
13    County educate the public on these elements that their
14    signature will, you know, potentially be reviewed
15    against?
16              MS. CASTILLO:  Object to form.
17         A    Okay.  I -- I'm not sure that that was what
18    the question was the first time.  Or if I misunderstood
19    it, then -- so -- so are you -- are you asking about the
20    cure process or are you asking about the -- the actual
21    process of us checking signatures and whether we're
22    educating the public about the process of checking
23    signatures and how we check signatures?
24         Q    So maybe -- I think that's a good question
25    and, you know, I don't want to be two ships in the night
```

Page 91

1          A    Again, as we've already described, we use the

2    simulation method.

3          Q    Anything besides the ones that you've already

4    described?  Any other methods that Benton County

5    signature reviewers use when evaluating signatures?

6          A    No.  Not that I can think of.

7          Q    Do signature reviewers follow the ACE-V method

8    when they're reviewing signatures in Benton County?

9          A    I don't know the ACV [sic] method.  I don't

10    know what that is.

11          Q    And so --

12          A    No.

13          Q    And when canvassing review board members are

14    at CRB meetings, they're reviewing actual signatures on

15    ballot declarations.  Is that -- on the ballot envelope.

16    Is that correct?

17          A    Yes --

18          Q    How does -- oh.

19          A    Yes.  We have the actual ballot.  Sorry.

20          Q    How does Benton County go about picking which

21    comparator signatures or voter ballot declarations

22    are -- that are included or compared to the ballot

23    declaration on the ballot?

24          A    So we use all available signatures that are in

25    VoteWA to do our comparison.  The -- the importance of

Page 99

1    that is that voters' signatures can change significantly

2    over time.  Or as I described earlier, sometimes people

3    sign their -- their name differently, like I sign a

4    credit card receipt differently than I sign if I'm

5    signing a formal document.  And so it may be that they

6    use one of their signatures to -- to originally sign

7    that voter registration form or their driver's license,

8    which oftentimes that's where we're gathering a

9    signature from.  So it's important to look at all of

10   those.  And so they're all available for us at the time

11   of -- of -- each tier of review.  Each of the three

12   tiers of review have all signatures available to them.

13        Q     And when reviewers in the first tier of review

14   are reviewing or comparing comparator signatures to the

15   ballot declaration, how does Benton County know which --

16   that the reviewer is comparing all available signatures

17   versus one signature to the ballot?

18                  MS. CASTILLO:  Object to form.

19        A     You said during the first tier?

20        Q     Yes.  Specifically during the first tier.

21        A     How do we know that they're using all of the

22   signatures?

23        Q     That they're reviewing all of the signatures

24   on file and comparing all of the signatures to that one

25   signature rather than just comparing one signature to

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    instructed to -- to review each of the available

2    signatures in an attempt to make a match.

3        Q    Are these instructions that you're referring

4    to for Benton County written instructions or oral

5    instructions?

6        A    Oral instructions.

7        Q    Okay.  And so there is no written instruction

8    in Benton County stating that signature reviewers should

9    be looking at all available signatures to them?  Is that

10    correct?

11        A    Correct.

12        Q    How does the county educate voters about their

13    comparator signatures for signature verification?

14            MS. CASTILLO:  Object to form.

15        A    I'm not sure of the question.

16        Q    Sure.  Does Benton County educate voters

17    that -- about the fact that they -- that the county has

18    comparator signatures on file that they're going to

19    compare a ballot signature to?

20            MS. CASTILLO:  Object to form.

21        A    So there's a number of ways that we do that.

22    It's -- it -- we produce a voters' pamphlet that goes

23    out to every household in the county and there are

24    materials in there, information in there, related to the

25    importance of the signature and -- and how you can

Page 102

1    update your signature with concerns about -- we -- we --

2    regularly, we -- in particular, media interviews, I

3    always emphasize the importance of the signature.  I've

4    made it a practice in any media interview I do to share

5    that information that, you know, if the voter has a

6    question about how they -- their voter registration

7    record's signature looks, that the best practice is to

8    pull out their driver's license 'cause that's -- most

9    often now, individuals register online.  And when you

10   register online, the signature -- signature that is used

11   is the signature on your driver's license or election

12   state ID card.  And so that's the best practice in terms

13   of trying to sign your name on your ballot so that it

14   matches the signature on record --

15        Q    Do you --

16        A    Go ahead.

17        Q    Do you provide that information in Spanish?

18        A    The media interviews or the --

19        Q    Do you provide information regarding that --

20   what you just said; that the signature on your driver's

21   license is probably the one that you should look at?  Do

22   you provide that information in Spanish to voters?

23        A    Not as a general practice.  If we have a voter

24   contact the office, we do have bilingual individuals

25   that are able to assist voters who have questions about

Page 103

1    their ballot signatures.  We also provide our cure

2    letter in Spanish.

3        Q    When did you start providing your cure letter

4    in Spanish?

5        A    Let me see if I jotted that down.  In the

6    primary of 2022, we began utilizing the Spanish version

7    because the secretary of state had started to provide

8    some resources within VoteWA in additional languages,

9    and so we were able to use that Spanish language form

10   and have -- Jerry Torres who works for us has a -- a

11   major in Spanish and so he generally -- he's assisted us

12   before in doing some translations.  We generally have

13   him be the starting point for those and then we have

14   another individual in our office who's bilingual review

15   those before we --

16       Q    And the primary of 2022 was in August of 2022;

17   is that correct?

18       A    Yes.  It would have been in August.

19       Q    And that -- August of 2022 is after the filing

20   of this incident lawsuit; is that correct?

21       A    That's correct.

22       Q    Ms. Chilton, I'm going to ask, do you have a

23   blank sheet of paper with you?

24       A    I can get one.  Yes.

25       Q    Okay.  Would you mind picking up a pen for me

                                                Page 104

1   interviews and those types of things.  And so the
2   voters' pamphlet is supposed to be an informational tool
3   for our voters and so it seems like a good place to put
4   information about the importance of your signature.
5        Q    And did Benton County put that information
6   about the importance of their -- of your signature being
7   compared to the signature on file prior to 2022?
8                   MS. CASTILLO:  Object to form.
9        A    I -- I can't recall specifically.  I would
10  have to go back and look.  We -- we didn't have to start
11  doing a voters' pamphlet for every election until 2021,
12  I believe.  I'm not absolutely certain of the first
13  election we had to start doing voter pamphlets at every
14  election.  But without going back and looking at those
15  voter pamphlets, I can't recall what information that we
16  had.  It is in our voters' pamphlets now.
17       Q    Okay.  Does Benton County partner with any
18  community groups to educate voters on the importance of
19  the signature verification process?
20       A    We have done a couple of outreach events with
21  local schools.  I've spoken to -- over the years, spoken
22  to multiple classrooms with regard to the elections
23  process and likely spoke about mail -- mail balloting
24  and that we check signatures on every ballot.  My
25  elections staff has partnered a couple of times with --

```
 1    with Franklin County and done community events with
 2    them.  I don't know whether or not their -- it was
 3    specific to the importance of the signature.  It was
 4    probably more likely in relation to voter registration
 5    and I can't recall -- we -- we do have a desire to do
 6    that.  Again, it comes down to resources and we've
 7    had -- just had a very busy couple of years since 2019,
 8    and so we're hoping things slow down enough.  But we're
 9    going into 2024, so those things will pick up more and
10    we'll start planning for 2024.
11        Q    And is the reason why things are, I guess,
12    more fast paced is because Benton County is growing?
13                  MS. CASTILLO:  Object to form.
14        A    Well, I -- I think that there's a -- a lot of
15    reasons.  I think that our -- our plates have been full
16    with -- with other divisional responsibilities.  Some of
17    us, anyway.  And then legislative changes that require
18    additional resources to implement have been heavy over
19    the last several years.  And so it -- it takes training.
20    Every time the legislature adds an additional
21    responsibility, whatever that might be, it requires
22    training, it requires internal changes, implementation
23    of procedures, on how to handle those changes.
24                  And so -- and then as I mentioned earlier, of
25    course, COVID was a very challenging time in elections.
```

Page 120

```
 1    you've told me thus far to investigate whether or not

 2    there was a disparity between Latino ballots and

 3    non-Latino ballots?

 4              MS. CASTILLO:  Object to form.

 5       A    No.

 6       Q    And why not?

 7              MS. CASTILLO:  Object to form.

 8       A    I -- I believe I already answered that

 9    question.  But again, we look at the process of checking

10    signatures on ballots more in light of -- we want to

11    make sure that we're using a process that provides every

12    voter the best chance to have their -- their vote

13    counted.  And so we developed processes that provide

14    multiple -- multiple-layered review and ultimately, the

15    canvassing board reviews those on a three-member panel

16    using the training and the characteristics that are set

17    forth in the WAC.

18       Q    And when Benton County was informed by the

19    Washington State Auditor's office through their

20    performance audit that there is a disparity between

21    Latino and non-Latino ballots in terms of the signature

22    verification processes, did Benton County take any steps

23    then to determine whether or not they needed to change

24    their processes?

25       A    We did -- we did receive a list of
```

Page 139

 1       Q    Is there anything else that you can think of?

 2  You know, complaints, allegations, negative reviews, you

 3  know, informal conversations, that Benton County has had

 4  or received with voters regarding its signature-matching

 5  process?

 6                 MS. CASTILLO:  Object to form.

 7       A    No -- no specific complaints come to mind.

 8       Q    Ms. Chilton, I think we've talked about it

 9  throughout this deposition pretty extensively, which is

10  the cure process that Benton County undertakes, so

11  apologies if maybe we're just rehashing.  I think I just

12  want to get it -- get a good understanding of it, so I

13  hope that's okay.  Is it the case that cure letters are

14  sent to voters after the second tier of review in Benton

15  County?

16       A    Correct.

17       Q    And who is responsible for sending those cure

18  letters?

19       A    So the elections -- it's generally the

20  elections systems supervisor.  Sometimes it might be the

21  elections manager or the elections specialist who, after

22  they've reviewed, done the second-tier review, and if

23  their opinion is that the -- the ballot is still in a

24  challenged status, then they queue up through the VoteWA

25  system a letter to go out to each of the -- of those

                                               Page 145

1    individuals.  So it's managed onsite, but because the

2    data is in VoteWA -- and then, you know, depending on

3    workflow that day, it may be assigned, like -- the

4    folding and stuffing and all of that may be assigned to,

5    you know, a junior staff member.

6            But it's -- ultimately, it's the elections

7    systems supervisor or someone standing in their place

8    that day.  It's their responsibility to make sure that

9    those get queued up and assigned.  They may even fold

10    and stuff them themselves depending on what the workflow

11    is that day.  But generally, they go out same day.

12    Sometimes they go out the next morning if the -- if it

13    was a heavy -- heavy ballot day and signature review

14    didn't finish until the end of the day and delivery to

15    the post office got delayed until the next morning.

16        Q    Yeah.  So it would be the case -- generally

17    it's the same day unless y'all miss the mailing period.

18        A    Correct.

19        Q    Okay.  And when a voter sends back their cure

20    letter, what happens next?

21        A    So at the same time we go to the post office

22    to pick up ballots every day, 'cause we do pick up

23    ballots every day, there's usually cure letters in with

24    those.  And sometimes voters drop those in the ballot

25    box as well, so -- a voter may drop them off.  Those are

Page 146

```
 1              CERTIFICATE OF DEPOSITION OFFICER

 2              I, DENISE DE LA CRUZ, the officer before whom

 3    the foregoing proceedings were taken, do hereby certify

 4    that any witness(es) in the foregoing proceedings, prior

 5    to testifying, were duly sworn; that the proceedings

 6    were recorded by me and thereafter reduced to

 7    typewriting by a qualified transcriptionist; that said

 8    digital audio recording of said proceedings are a true

 9    and accurate record to the best of my knowledge, skills,

10    and ability; that I am neither counsel for, related to,

11    nor employed by any of the parties to the action in

12    which this was taken; and, further, that I am not a

13    relative or employee of any counsel or attorney employed

14    by the parties hereto, nor financially or otherwise

15    interested in the outcome of this action.

16

17                              DENISE DE LA CRUZ

18                          Notary Public in and for the

19                                State of California

20

21    [X] Review of the transcript was requested.

22

23

24

25
                                            Page 194
```

1          CERTIFICATE OF TRANSCRIBER

2              I, SARA CRAWFORD, do hereby certify that this

3     transcript was prepared from the digital audio recording

4     of the foregoing proceeding, that said transcript is a

5     true and accurate record of the proceedings to the best

6     of my knowledge, skills, and ability; that I am neither

7     counsel for, related to, nor employed by any of the

8     parties to the action in which this was taken; and,

9     further, that I am not a relative or employee of any

10    counsel or attorney employed by the parties hereto, nor

11    financially or otherwise interested in the outcome of

12    this action.

13

14

15                                    SARA CRAWFORD

16

17

18

19

20

21

22

23

24

25

                                      Page 195