# EXHIBIT Y



NO. 4:21-cv-05075-MKD

JESSE REYES, DANIEL REYNOSO, LEAGUE OF UNITED LATIN

AMERICAN CITIZENS, LATINO COMMUNITY FUND OF WASHINGTON

V.

BRENDA CHILTON, ET AL.

DEPONENT:

KATHY FISHER

DATE:

May 09, 2023

✉ schedule@yourdepos.com

📞 866.800.7031



www.yourdepos.com

1          A.      It's within VoteWA.

2          Q.      Okay.   There, that got to what I was looking

3     for.  Thank you.

4                  How do you determine which of the five

5     members of the elections department verify any

6     particular signature?

7                       MS. CASTILLO:   Object to form.

8          A.      It's the main duty for both Alex and

9     Rochelle.  If there are thousands of signatures to

10    verify that day, we all participate in the process.

11         Q.      (By Mr. Troutman)   How many people review

12    each signature to determine whether there's either a

13    match or a mismatch?

14         A.      During the first step of that process?

15         Q.      Yes.

16         A.      Each one of us reviews signatures

17    independently during the first step of that process.

18         Q.      And what are you looking for in the first

19    step of the process?

20         A.      We're using the signature verification

21    standards that are outlined in WAC 434-379-020, in

22    addition to our training that was provided by the

23    Washington State Patrol.

24         Q.      Are there signatures that you review in this

25    first step of the process that Alex or Rochelle do not

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-25   filed 06/09/23   PageID.3235   Page 4 of 35
The Deposition of JANNA FISHER, taken on May 09, 2023

30(b)(6)                                                                    32

 1   review?

 2       A.    Again, during the first step of the process,

 3   we're individually and independently reviewing the

 4   signatures.

 5       Q.    What's the second step of the process?

 6       A.    The second step of the process is, any

 7   signature that's flagged for a second review, is done.

 8       Q.    In the first part of the process, if a

 9   signature is deemed to be a match, does that signature

10   go to the second step of the process?

11       A.    No.   Signatures that are deemed to be a

12   match don't go to the second step review.

13       Q.    Is there anything else that needs done in

14   the process after a signature is found to be a match

15   before the ballot is accepted?

16       A.    The ballot is accepted at the same time as

17   the signature is deemed to be a match.

18       Q.    Okay.  Thank you.

19            So you said that the step two was to review

20   any signatures flagged for second review.

21            What are reasons why signatures are flagged

22   for a second review?

23       A.    If the first reviewer didn't find it to be a

24   match in there.

25       Q.    And then who's responsible for doing the

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202



Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-25   filed 06/09/23   PageID.3236   Page 5 of 35
Video Deposition of GAIL A. FISHER, taken on May 09, 2023
30(b)(6)                                                                        33

1  second level of review?

2     A.   Martha Jimenez and myself work together as a

3  team during the second review.

4     Q.   Do both of you review every signature that

5  enters the second stage of review?

6     A.   Yes, we do.

7     Q.   And how do you perform that review?  Do you

8  sit down with Martha and look at them together, or do

9  you independently do the second stage of review?

10          MS. CASTILLO:   Object to form.

11     A.   We look at them together.

12     Q.   (By Mr. Troutman)  And, again, as you

13  testified before, you're using Washington State law in

14  the training to review those signatures for match or

15  mismatch?

16     A.   Yes, we are.

17     Q.   And I assume if you both agree that there's

18  either a mismatch or a match, then the ballot is either

19  accepted or rejected.

20          What if you and Martha disagree on whether

21  there's a match or a mismatch of a signature in the

22  second level of review?

23     A.   The ballot moves forward for acceptance.

24     Q.   So if either you or Martha believe that the

25  signature is a match, it moves forward for acceptance?

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD    ECF No. 123-25    filed 06/09/23    PageID.3237    Page 6 of 35
The Deposition of GAVIN L. FISHER, taken on May 05, 2022
30(b)(6)                                                                                        34

  1        A.    Yes.

  2        Q.    To put it another way, it takes two of you

  3   to agree that there's a mismatch for it to move forward

  4   as a mismatch.

  5        A.    Correct.

  6        Q.    If a signature is determined to be a

  7   mismatch, what's the next step in the review?

  8        A.    The next step in the review is to contact

  9   the voter.

 10        Q.    Is that the part where you offer them the

 11   cure form?

 12        A.    That's correct.

 13        Q.    Has the County Canvassing Review Board been

 14   involved in any other process before the cure form goes

 15   out to the voter?

 16        A.    No.

 17        Q.    Does the County Canvassing Review Board only

 18   become involved when they meet the day before the County

 19   Canvassing Review Board meeting?

 20              MS. CASTILLO:  Object to form.

 21        A.    Could you repeat the question, please?

 22        Q.    (By Mr. Troutman)  Does the County

 23   Canvassing Review Board only become involved when they

 24   meet the day before the public County Canvassing Review

 25   Board meeting?

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-25   filed 06/09/23   PageID.3238   Page 7 of 35
The Deposition of CATHY FISHER, taken on May 09, 2019
30(b)(6)                                                                44

```
 1        A.    That is correct.  It's a double-sided
 2   document; however, it's not in multiple pages like that.
 3        Q.    Okay.  So it would be one page, with English
 4   on one side and Spanish on the other side.
 5        A.    That's correct, yes.
 6        Q.    Okay.  Does every single person get English
 7   and Spanish?
 8        A.    Yes, they do.
 9        Q.    Okay.  So you don't try to pick out who
10   sounds like an English name and who sounds like a Latino
11   name and send them one version of the other then; is
12   that right?
13        A.    That is correct.  We do not do that.
14        Q.    Do you know how long Yakima County has been
15   sending out cure forms with both English and Spanish to
16   every voter that gets a cure form?
17        A.    Since our Department of Justice Consent
18   Decree in 2004.
19        Q.    And you were with the office at that time;
20   right?
21        A.    That is correct.
22        Q.    Okay.  I know it's -- you know, this is
23   based upon an older cure form, but still relevant to the
24   time period in the case.  What happens if your cure form
25   and your government identification signature match, but
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-25   filed 06/09/23   PageID.3239   Page 8 of 35
The Deposition of CANDY FISHER, taken on May 09, 2023
30(b)(6)                                                                      62

 1        A.    That is correct, depending on the volume of

 2   the election.

 3        Q.    Okay.  Do the extra help staff serve any

 4   role in the signature verification process?

 5        A.    Only those three on an as-needed basis.

 6        Q.    Okay.  Do they play any role in comparing

 7   signatures and determining whether they're a match or

 8   mismatch?

 9              MS. CASTILLO:  Object to form.

10        A.    Their --

11              MS. CASTILLO:  You can answer.

12        A.    They participate in the first review of

13   signatures.

14        Q.    (By Mr. Troutman)  And how long have they

15   each been with your office?

16        A.    Without looking back at their employment

17   records, over 10 years for Bev and Randy, if not 10

18   years as well for Kit.

19        Q.    Have they received training on voter

20   signature verification?

21        A.    Yes, they have received Washington State

22   Patrol training.

23        Q.    Okay.  I'm going to go back to Exhibit 3

24   here, the policies.

25              Do you train your staff on the policies that

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1      Q.    Okay.  And I believe you told me before that

2   there's multiple signatures on file.  You and your staff

3   would consider all the signatures that are found within

4   VoteWA; correct?

5      A.    That is correct.

6      Q.    Is there anything in VoteWA that indicates

7   the date of the signatures, if there's multiple

8   signatures?

9      A.    Yes.

10     Q.    Would you give extra weight to more recent

11  signatures rather than a much more older signature?

12     A.    No.  We view all of the signatures within

13  VoteWA.

14     Q.    And you give equal weight to all of the

15  signatures found within VoteWA?

16     A.    Yes.

17     Q.    Do you look at the signatures by any means

18  other than on the computer in VoteWA?

19     A.    What -- what do you mean?

20     Q.    Do you look at them on a projector so you

21  can make them larger?

22     A.    No.

23     Q.    Do you use any other technology to make the

24  signatures larger or manipulate them in any way?

25     A.    No.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-25   filed 06/09/23   PageID.3241   Page 10 of 35
The Deposition of Kathy Fisher, taken on May 03, 2023
30(b)(6)                                                                                  74

```
 1              Could you clarify your question?
 2      Q.    Yeah.
 3              Does the County ever do anything to delete
 4   signatures from VoteWA?
 5      A.    Only if we find a signature that is attached
 6   to an incorrect voter.
 7      Q.    Okay.  So if Jane Smith's signature is
 8   attached to John Doe's signature and it's a clear error,
 9   you could delete it.
10      A.    Yes, we can.
11      Q.    Okay.  What does the County do to notify
12   voters about the signature verification process?
13              MS. CASTILLO:  Object to form.
14      A.    We -- our bilingual program coordinator
15   writes articles for El Sol, which is our Spanish
16   language newspaper in the Valley.  She does guest spots
17   and interviews with call-in shows on Spanish Radio KDNA.
18   She provides the bilingual E-News to our community
19   partners and other members of the community that have
20   indicated that they would like to receive that
21   information.
22              We attend naturalization ceremonies where we
23   inform new voters of the process.  She has done
24   presentations at citizenship classes at La Casa Hogar.
25   We've given tours of the elections division to those
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1    individuals attending those citizenship classes.  We've

2    given tours to high school civics classes during the

3    election process and outside of the election process to

4    talk about those procedures.

5              Our insert in our ballot packet describes

6    the process.

7         Q.    (By Mr. Troutman)  And were you reading

8    those from notes that you took to prepare for today?

9         A.    Yes, I am.

10        Q.    Okay.

11        A.    There's a lot that we do that I didn't want

12   to eliminate, mm-hmm.

13        Q.    And that's fine.  I just wanted to ask.

14        A.    Mm-hmm.

15        Q.    That's something you're allowed to do as

16   part of a 30(b)(6) deposition.

17              So -- and did Martha Jimenez provide you

18   with information to be able to respond to that question?

19        A.    Yes, she did.  We worked on this list

20   together.

21        Q.    And is the signature verification process a

22   specific topic covered in those outreach events that you

23   described to me?

24        A.    Yes, it is.  Our outreach is tailored to

25   inform the voter as to how to make sure that their

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1    ballot is accepted.

2         Q.    Okay.  I think you gave me some specific

3    examples of Latino voter outreach opportunities.  You

4    also do English voter outreach setting forth the

5    signature verification process too; right?

6         A.    Yes, we do.

7         Q.    Okay.  Do you do more voter outreach on a

8    signature verification process in English or Spanish?

9         A.    Spanish.

10        Q.    Why?  Why Spanish?

11        A.    I would be speaking on behalf of Martha in

12   answering that question, but if I had to answer that

13   question, the County feels that it's important to reach

14   a community that's perceived as being a little bit more

15   difficult to reach, in that government offices typically

16   are not trusted.

17        Q.    When you say typically not trusted, do you

18   mean the Latino population in Yakima County?

19        A.    Not specifically in Yakima County.

20        Q.    Okay.  It's your belief that the Latino

21   population is typically distrustful of government in

22   general.

23              MS. CASTILLO:  Object to form.

24        A.    Based on conversations that Martha and our

25   staff has had, yes.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-25   filed 06/09/23   PageID.3244   Page 13 of 35
The Deposition of KATHY FISHER, taken on May 05, 2023
30(b)(6)                                                                          78

```
 1                MS. CASTILLO:  Object to form.
 2        A.    I don't believe that to be the case, no.
 3        Q.    (By Mr. Troutman)  Okay.  Do you believe
 4   there are obstacles for the Yakima County Latino
 5   population to participate in the voting process?
 6        A.    No, I don't believe that.
 7        Q.    If a ballot is ultimately rejected based
 8   upon a signature mismatch, and the person doesn't choose
 9   to attempt to cure their ballot, does the County ever
10   follow up with that individual about the process, for
11   purposes of future elections?
12        A.    Yes, we do.
13        Q.    Even after the election is certified, you
14   follow up with individuals who didn't attempt to cure?
15        A.    Yes, we do.
16        Q.    How do you go about following up with those
17   people?
18        A.    We send them a signature update form.
19        Q.    When you say "send," send by mail?
20        A.    Yes.
21        Q.    Do you ever e-mail people signature update
22   forms?
23        A.    If they request one by e-mail.
24        Q.    Is the signature update form in both English
25   and Spanish?
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-25   filed 06/09/23   PageID.3245   Page 14 of 35
Videotaped Deposition of Kathy Fisher, taken on May 05, 2022     79
30(b)(6)

 1      A.    Yes.

 2      Q.    Beyond sending the signature update form, do

 3   you or your staff personally make phone calls to voters

 4   after the election that haven't attempted to cure their

 5   ballot?

 6            MS. CASTILLO:  Object to form.

 7      A.    No.

 8      Q.    (By Mr. Troutman)  Okay.  I want to make

 9   sure I get the time frame here because I am switching

10   gears.

11            So after Yakima County sends the cure letter

12   and it's determined signatures as a mismatch, does

13   Yakima County personally make phone calls to voters

14   after the signature mismatch has been determined?

15            MS. CASTILLO:  Object to form.

16      A.    Yes.

17      Q.    (By Mr. Troutman)  Was that a yes?

18      A.    Yes.  We do call voters.

19      Q.    Is there any policy or procedure that

20   governs the timing of that call?

21      A.    There's a WAC that tells us when we have to

22   make a call, but we also have a County process for

23   making those calls sooner and more frequently than the

24   WAC requires.

25      Q.    Do you know the reason why the County has a

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1   policy that you may call sooner and more frequently than

2   what the WAC requires?

3           MS. CASTILLO:  Object to form.

4       A.    As an attempt to ensure that voters are

5   aware that their ballot has been flagged as a mismatch

6   as quickly as we can.

7       Q.    (By Mr. Troutman)  And when did the County

8   enact the policy to make calls sooner and more

9   frequently than the WAC requires?

10      A.    Within the last three years, I would say.

11      Q.    How many times does the County attempt to

12  call someone if they don't reach them the first time

13  after the County sends out a cure letter?

14          MS. CASTILLO:  Object to form.

15      A.    Could you repeat your question, Mark?

16      Q.    (By Mr. Troutman)  Sure.

17          If the County doesn't reach a person who has

18  received a cure letter the first time that it attempts

19  to call, how many times does the County attempt to call

20  back?

21      A.    At a minimum, one other time.

22      Q.    Are you aware of times where the County

23  attempts to call more than one time if they don't reach

24  someone the first time?

25      A.    Yes.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1    Q.    In what instance would the County attempt to

2    call more than one time if they don't reach the person

3    the first time?

4    A.    It's dependent on when the voter returns

5    their ballot.

6    Q.    Why is it dependent upon when the voter

7    returns their ballot?

8    A.    If they wait until Election Day to return

9    their ballot and the elections office doesn't receive it

10   until the day after, or even two days after the

11   election, it decreases the amount of time that the voter

12   has to cure that potential mismatch of signature or an

13   unsigned ballot declaration.

14   Q.    Do only multilingual people make the calls

15   to voters after they get a cure form?

16   A.    Yes.

17   Q.    Put it another way, so you don't make calls

18   to voters after they receive a cure form because you

19   already told me you only speak English; correct?

20   A.    That is correct.

21   Q.    Okay.  Are cure forms ever returned as

22   undeliverable?

23   A.    I don't recall seeing an undeliverable cure

24   form, no.

25   Q.    You told me about a lot of the County

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1      Q.     -- if you saw me look away.

2      A.     That would be a question for Martha.

3      Q.     Okay.  Do you know under, where it says

4  "Where We've Been," if that is an all-inclusive list of

5  the voter outreach efforts, or just a representative

6  sample?

7      A.     A representative sample.

8      Q.     Okay.  You can put that document down.

9             Does Yakima County provide signature

10  reviewers with training on signature verification?

11             MS. CASTILLO:  Object to form.

12      A.     Yakima County provides signature

13  verification training through the Washington State

14  Patrol on signature verification.

15      Q.     (By Mr. Troutman)  Okay.  So the Washington

16  State Patrol does the training; Yakima County pays for

17  the training to be done.

18      A.     There is no fee.

19      Q.     Okay.  Is training with the State Highway

20  Patrol required for anyone involved in signature

21  verification?

22      A.     In Yakima County, yes.

23      Q.     And how long has that been the case?

24      A.     Prior to me being elections manager.

25      Q.     Okay.  So prior to 2007?

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1      Q.     Do they have you do the exercises during the

2   training, or is that, you know, homework that you do

3   after the training?

4      A.     It's during the training.

5      Q.     Is the training interactive with the

6   attendees?

7      A.     Yes.

8      Q.     So you get called on during training?  It's

9   like Wall Street?

10     A.     The interaction is voluntary.

11     Q.     Okay.

12     A.     But there is interaction.

13     Q.     Gotcha.

14            Do they show you materials at the training

15   besides the four pages that you just testified about and

16   the two pages of exercises?

17     A.     Yes.  They have a PowerPoint presentation,

18   an interactive PowerPoint presentation.

19     Q.     Have you ever received your own copy of that

20   PowerPoint presentation?

21     A.     No, I have not.

22     Q.     Okay.  Do they give you certificates after

23   you complete the training?

24     A.     No, they do not.

25     Q.     If you could go to Yakima_006237, and it

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1      look at Yolanda.

2          A.     Mm-hmm.

3          Q.     -- in 2005, 2006 -- I assume that means she

4      wasn't employed by Yakima County until sometime after

5      January 2006; correct?

6          A.     That is correct.

7          Q.     Okay.  How soon after someone is hired do

8      they need to attend the training on signature

9      verification?

10         A.     As soon as it's next offered by the

11     Secretary of State's office so they're able to

12     participate in signature verification for the next

13     upcoming election.

14         Q.     If someone is hired and does not have time

15     to attend the Washington State Patrol Signature

16     Verification training before an election, are they

17     permitted to do signature verification for the election?

18         A.     No.

19         Q.     Has anyone, at any time during your tenure

20     with Yakima County, been permitted to do signature

21     verification for an election without attending the

22     Washington State Patrol Signature Verification training?

23         A.     For election staff, no.

24         Q.     When you said "for election staff," why --

25     who would be permitted to participate in signature

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD ECF No. 123-25 filed 06/09/23 PageID.3251 Page 20 of 35
30(b)(6) Deposition of Kathy Fisher, taken on May 05, 2023
104

1    Q.    (By Mr. Troutman)  When does a vote -- I'll

2    start over.

3              Does a vote get counted after someone

4    submits the required cure form, or after the CRB reviews

5    the cure form and deems the signature mismatch cured?

6              MS. CASTILLO:  Object to form.

7    A.    Could you repeat the question again, Mark?

8    Q.    (By Mr. Troutman)  Sure.

9              Is a vote counted after someone submits the

10   required cure form, or after the CRB reviews the cure

11   form and deems the signature mismatch cured?

12              MS. CASTILLO:  Object to form.

13   A.    If a voter submits a cure form with a

14   signature that compares to the ballot envelope, the

15   ballot is immediately counted.

16   Q.    (By Mr. Troutman)  So is it true that the

17   canvassing review board only examines cure forms where

18   you or your staff believes that the signature on the

19   cure form does not compare with the ballot envelope?

20              MS. CASTILLO:  Object to form.

21   A.    That is correct.

22   Q.    (By Mr. Troutman)  Have you ever had law

23   enforcement attend canvassing review board meetings for

24   security purposes?

25   A.    Yes, we have.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

```
 1    department from voters?

 2         A.    About specific topics?

 3         Q.    About being able to vote, access to voting.

 4              MS. CASTILLO:   Object to form.

 5         A.    Sure.  We're not unlike any other office

 6    that would receive complaints.

 7         Q.    (By Mr. Troutman)  Do people complain when

 8    they get a signature cure form to your office ever?

 9         A.    Complaints about a cure form are very few

10    and far between.

11         Q.    When you say "few and far between," do you

12    mean five or less for a particular election cycle, or

13    more than that?

14         A.    More often than not, it's zero during an

15    election cycle.

16         Q.    Have you ever received a complaint about a

17    signature verification issue via e-mail?

18         A.    2017 comes to mind, yes.

19         Q.    And what do you recall about a complaint

20    that you received about signature verification by e-mail

21    in 2017?

22         A.    Well, as indicated in my binder, a concern

23    from Molly Matters [sic].

24         Q.    Any others come to mind?

25         A.    Specifically about signature verification
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

```
 1    and cure forms, no.

 2         Q.    Okay.  Have you ever seen any complaints

 3    about signature verification or cure forms -- I'll start

 4    over.

 5              Have you ever seen any complaints regarding

 6    Yakima County's signature verification or cure forms

 7    either on posting online or social media?

 8         A.    The County doesn't have social media

 9    accounts.

10         Q.    Okay.

11         A.    No.

12         Q.    Have you ever received a telephone call, or

13    know whether your department received a telephone call

14    from someone, complaining about signature verification

15    or a cure form?

16         A.    Again, 2017.

17         Q.    Okay.  And, again, that was in reference to

18    Molly Matter?

19         A.    Yes.

20         Q.    Okay.  Have you ever received complaints in

21    person with visits to the office?

22              And, you know, just so you don't think I'm

23    trying to trick you, would you consider Rolando Perez a

24    complaint?  Or Lopez; excuse me.

25         A.    I wouldn't consider Rolando a complaint.  I
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1   would consider him a concern.

2       Q.    Okay.  So we take him out of the picture in

3   terms of complaints.

4             Have you ever received any other in-person

5   complaints from Yakima County voters regarding signature

6   verification or cure forms?

7       A.    Yes.  Again, during the 2017 general

8   election.

9       Q.    Okay.  Anyone other than Molly Matter come

10  to mind?

11      A.    Other than the individuals that she has

12  mentioned in her correspondence with us.  I believe she

13  mentions Joel Torres.  Again, on the other individuals

14  who submitted declarations: Dora Alvarez-Roa, Pablo

15  Alpentar (phonetic), and Avila Lopez.

16      Q.    Would the election department deal with its

17  own complaints, or does some other branch of the County

18  assist with complaints?

19      A.    It would be the elections division.

20      Q.    Do any -- is any member of the elections

21  department available to help field and assist with

22  complaints?

23             MS. CASTILLO:  Object to form.

24      Q.    (By Mr. Troutman)  Put another way, do

25  complaints come to only you and get resolved by you?  Or

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

```
 1        A.    I'm sorry.  Am I answering the question now?

 2        Q.    (By Mr. Troutman) Yeah.  Yeah.  She

 3   objected to form.

 4        A.    Okay.

 5              We have had representatives from the

 6   Secretary of State's office here to attend the recanvass

 7   in 2017.

 8        Q.    Is that the only time a member of the

 9   Secretary of State's office attended at one of the

10   canvass review board meetings in Yakima County?

11        A.    Yes.

12        Q.    And you said that happened in 2017; right?

13        A.    Yes.

14        Q.    Do you know why someone from the Secretary

15   of State's office attended the canvassing review board

16   meeting in 2017?

17        A.    Because it was an extremely contentious

18   election, like I mentioned earlier.

19        Q.    Mm-hmm.

20              Why was that election so contentious?  Was

21   it something nationally or local, if you know?

22        A.    Local.

23        Q.    And what was going on locally that made it

24   so contentious?

25        A.    There was a candidate for mayor in one of
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1    our cities that we received many complaints about; that

2    voters were feeling intimidated by this candidate; that

3    he was using very forceful tactics in his campaign; the

4    individuals from his campaign were providing

5    misinformation to the community.

6        Q.    What's the name of the mayor candidate that

7    was accused of doing those things?

8        A.    Juan Orozco.

9        Q.    Did Juan Orozco win the election to become

10   mayor?

11       A.    Yes, he did.

12       Q.    Is he still mayor?

13       A.    No.

14       Q.    Okay.  What city?

15       A.    Wapato.

16       Q.    As far as you're aware, did the Secretary of

17   State attend the canvassing review board meeting for any

18   reason other than the contentiousness of that election?

19       A.    Just to provide support.

20       Q.    Do you agree that Spanish-speaking voters'

21   ballots are rejected for signature mismatch at a rate

22   greater than that of white -- of voters who have white

23   names?

24            MS. CASTILLO:  Object to form.  And

25   outside the scope of the topics raised in the 30(b)(6)

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD    ECF No. 123-25    filed 06/09/23    PageID.3257    Page 26 of 35
The Deposition of KATHY FISHER, taken on May 05, 2023
30(b)(6)                                                                        154

```
 1              I have a clarifying question.
 2      Q.     (By Mr. Troutman)   Okay.
 3      A.     Are you asking about the meeting process?
 4      Q.     You mean the canvassing board -- review
 5  board meeting?
 6      A.     Yes, and what -- how they review signatures.
 7      Q.     I'll just ask the question.
 8              Has the canvassing review board meeting
 9  process changed from the July 2018 version I'm showing
10  you to the version you're looking at?
11      A.     Yes, it has.
12      Q.     What has changed from the July 2018 version,
13  marked as Exhibit 14, to the version that you're looking
14  at?
15      A.     The canvassing board no longer reviews
16  individual signatures as they used to.  They now review
17  them in list form.
18      Q.     What do you mean by they review them in list
19  form?
20      A.     Allowed by 29A.60.050, ballots being
21  referred to them can appear in a report or a batch.  So
22  they're being referred to them by the signature
23  verification supervisor team with a recommendation to
24  reject in list form.
25      Q.     Okay.  So when was that change to the
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1            And this might be one of the drawbacks to

2    doing virtual depositions in that mine won't open.  So

3    I'm wondering if yours will open.

4         A.    Yes, I see that.

5         Q.    Okay.  Can you see the text on it?

6         A.    Yes.

7         Q.    Okay.  Are you familiar with this standard?

8         A.    No.

9         Q.    Have you ever seen it before?

10              MR. TROUTMAN:  Kristine, while she's

11   reviewing that, if I could mark this as -- I think we're

12   on Exhibit 17?

13              THE COURT REPORTER:  That's correct.

14              MR. TROUTMAN:  Okay.  Thank you.

15              (Exhibit No. 17 marked for

16              identification.)

17         A.    It is not familiar to me.

18         Q.    (By Mr. Troutman)  Okay.  And -- okay.  I'm

19   good there.

20              So we've already discussed a ton about

21   training.  One area that I didn't cover was the

22   canvassing review board alternative reviewers.

23              Are CRB alternative reviewers required to go

24   through the Washington State Patrol Signature

25   Verification training?

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1              MS. CASTILLO:  Object to form.

2         A.    If they're going to preside over a meeting

3    in which signatures are a part of that meeting.

4         Q.    (By Mr. Troutman)  So an alternative

5    reviewer is required to go through the same training as

6    the CRB board members then; is that correct?

7         A.    That is correct.

8         Q.    Are alternative reviewers required to obtain

9    the training before they sit in place of the standing

10   CRB member?

11             MS. CASTILLO:  Object to form.

12        A.    If the training is available before they

13   need to preside at the meeting, yes.

14        Q.    (By Mr. Troutman)  Do you recall any

15   instances where there were CRB alternative reviewers

16   that served on the CRB -- or served at -- I'll start

17   over.  Jeez.

18             Do you recall any circumstances where a CRB

19   alternative reviewer served on the board without having

20   received training?

21        A.    I would have to look back at the training

22   record and which alternate member attended a meeting.

23        Q.    But as you sit here today, you can't recall

24   any circumstances one way or the other in response to my

25   previous question then; is that right?

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

30(b)(6) Deposition of Kathy Fisher, taken on May 03, 2022

1          MS. CASTILLO:  Object to form.

2      A.    Off the top of my head, no, I can't recall.

3      Q.    (By Mr. Troutman)  Okay.  If an alternative

4 CRB member did sit on the CRB board prior to any

5 training, would you assume they would be deferential to

6 any other trained CRB members?

7          MS. CASTILLO:  Object to form.

8      A.    Could you rephrase the question, please?

9      Q.    (By Mr. Troutman)  Yeah.

10         If a CRB alterative reviewer sits on the CRB

11 Review Board prior to receiving training, would they

12 defer to the other members that have been trained?

13         MS. CASTILLO:  Object to form.

14     A.    I believe they would, yes.

15     Q.    (By Mr. Troutman)  Have you ever discussed

16 that with anybody at Yakima County?

17     A.    I have not, no.

18     Q.    Okay.  If somebody that sits on the CRB

19 board needs an alternative reviewer, does that have to

20 be done by resolution of the board?

21     A.    No.

22     Q.    How is it done?

23     A.    The canvassing board member who needs to

24 have an alternate in their place appoints their

25 alternate by means of an appointment form.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1          Q.     Okay.  But there was no training conducted

2     by the Washington State Highway Patrol about how to

3     evaluate an electronic touch pad signature versus a

4     paper signature, was there?

5          A.     No.  Just that there obviously is a

6     difference.

7          Q.     Okay.  Did they cover any characteristics to

8     look for when trying to compare them?

9          A.     No.

10                MR. TROUTMAN:  Okay.  That does it for

11    me.

12                Callie, I don't know if you have any

13    questions, or --

14                MS. CASTILLO:  I do.  I just have a

15    couple follow-up questions.

16                MR. TROUTMAN:  Okay.

17                         EXAMINATION

18           BY MS. CASTILLO:

19         Q.     Kathy, do you recall Mark asking you about

20    the differences between the processes that occurred

21    before the 2020 presidential primary and afterwards?

22         A.     At the canvassing board meetings?

23         Q.     Yes.

24         A.     Yes.

25         Q.     Since 2020, is it Yakima County's policy

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-25   filed 06/09/23   PageID.3262   Page 31 of 35
Deposition of KATHY FISHER, taken on May 05, 2022
30(b)(6)                                                                        235

1    that in order for a signature to be referred to the

2    canvassing board for approval or rejection, that both

3    you and Martha Jimenez must agree?

4         A.    Yes.

5         Q.    And then you testified that since the

6    presidential primary in 2020, the canvassing board

7    reviews those signatures in batches or in list form; is

8    that correct?

9         A.    Yes, that's correct.

10        Q.    And then prior to the presidential primary

11   2020, if you and Ms. Jimenez, or you and Yolanda

12   disagreed, would you refer those signatures to the

13   canvassing board for further determination?

14        A.    Yes.  As it was noted in the canvassing

15   manual, that it was a split decision being referred to

16   them.

17        Q.    And in that time, the canvassing board was

18   individually reviewing each and every signature; is that

19   correct?

20        A.    That's correct.  That is correct.

21        Q.    And would they have to come to a consensus

22   as a canvassing board whether to accept or reject a

23   signature?

24        A.    Yes, that's correct.

25             MS. CASTILLO:  Thank you.  I don't have

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

```
 1    any further questions.
 2                    THE VIDEOGRAPHER:  Before we go off
 3    record --
 4                    MR. TROUTMAN:  Oh.  I might -- I want to
 5    ask just one clarification.
 6                    THE VIDEOGRAPHER:  Sure.
 7                    MR. TROUTMAN:  I'm not going to prolong
 8    anything.  I just think I misheard her and got confused.
 9                    FURTHER EXAMINATION
10                    BY MR. TROUTMAN:
11        Q.    Kathy, Ms. Castillo just asked you about --
12    I believe I heard it right -- that the procedure for how
13    ballots are referred to the CRB after the 2020
14    presidential primary -- was that the time period she was
15    asking you about?
16        A.    Yes.
17        Q.    And did she say that it takes both you and
18    Martha Jimenez to agree to send the ballot to the CRB
19    for further review?
20        A.    Yes.
21        Q.    But the CRB just reviews and lists a
22    recommendation format after the 2020 presidential
23    primary; right?
24        A.    Yes.
25        Q.    And what do they do if you send one to the
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1    CRB where you say that the ballots -- the ballot should

2    be approved, and Martha Jimenez says that it should not

3    be approved?

4        A.    They don't receive those.

5        Q.    Okay.  So those go --

6        A.    Right.

7        Q.    Those get approved then.

8        A.    Yes.

9        Q.    Okay.  So it would be fair to say that you

10   err on the side of approving in so long as you at least

11   have one of the two of you supporting approval?

12       A.    Yes.

13       Q.    Okay.  So that split decision doesn't --

14   shouldn't show up on any lists or materials that go to

15   the CRB as of the time and after the 2020 presidential

16   primary; right?

17       A.    That is correct.

18             MR. TROUTMAN:  Okay.  Sorry I belabored

19   that.  I thought I misheard.  So I appreciate you

20   letting me walk you through that.

21             I have no further questions.

22             MS. CASTILLO:  No further questions.

23             THE VIDEOGRAPHER:  Mr. Troutman, would

24   you like a copy of the video?

25             MR. TROUTMAN:  Video, no.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

```
 1                 C E R T I F I C A T E

 2  STATE OF WASHINGTON      )
                             ) SS.
 3  County OF KITSAP         )
            I, the undersigned Washington Certified Court
 4  Reporter, pursuant to RCW 5.28.010 authorized to
    administer oaths and affirmations in and for the State
 5  of Washington, do hereby certify:

 6          That the annexed and foregoing deposition
    consisting of pages 1 through 239 of the testimony of
 7  each witness named herein was taken stenographically
    before me and reduced to typed format under my
 8  direction;

 9          I further certify that according to CR 30(e) the
    witness was given the opportunity to examine, read and
10  sign the deposition after the same was transcribed,
    unless indicated in the record that the review was
11  waived;

12          I further certify that all objections made at the
    time of said examination to my qualifications or the
13  manner of taking the deposition or to the conduct of any
    part have been noted by me upon each said
14  deposition;

15          I further certify that I am not a relative or
    employee of any such attorney or counsel, and that I am
16  not financially interested in the said action or the
    outcome thereof;

17

18          I further certify that each witness before
    examination was by me duly sworn to testify the truth,
    the whole truth and nothing but the truth.

19

20          I further certify that the deposition, as
    transcribed, is a full, true and correct transcript of
21  the testimony, including questions and answers, and all
    objections, motions, and exceptions of counsel made and
    taken at the time of the foregoing examination and was
22  prepared pursuant to Washington Administrative Code
    308-14-135, the transcript preparation format
23  guidelines;

24          I further certify that I am sealing the
    deposition in an envelope with the title of the above
25  cause and name of the witness visible, and I am
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

1    delivering the same to the appropriate authority;

2         I further advise you that as a matter of firm
     policy, the Stenographic notes of this transcript will
3    be destroyed three years from the date appearing on this
     Certificate unless notice is received otherwise from any
4    party or counsel thereto on or before said date;

5         IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my official seal this 16th day of May, 2023.

6

7

8

9    _____
     KRISTINE MURPHY, CCR
10   Washington State Certified Court Reporter
     License No. 3327

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com