# EXHIBIT Z



## NO. 4:21:CV-05075-MKD}

### JESSE REYES, DANIEL REYNOSO, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND OF WASHINGTON

### vs

### BRENDA CHILTON, ET AL.

### DEPONENT:

### SKIP MOORE

# DATE:

### May 24, 2023

✉ schedule@yourdepos.com

☎ 866.800.7031

www.yourdepos.com

 1   BY MS. RIVAS:

 2       Q.   I'm sorry, you said you work with CAFE?

 3       A.   Yeah, I'm forgetting what the acronym stands

 4   for.  It's a local group that helps primarily Latino,

 5   but all citizens to become U.S. citizens to they help

 6   them through the process of becoming a you U.S. citizen.

 7       Q.   Okay.  What kind of work does Chelan County

 8   county do with CAFE?

 9       A.   Well, I liaise with them as far as they're

10   always looking -- they quite often are conducting voter

11   registration drives and those type of things.  We

12   provide them with the voter registration forms so they

13   can connect those drives.  As well as when the schedules

14   line up correctly, I would personally attend the

15   immigration ceremonies to -- and be there to register

16   voters right after they get sworn in as U.S. citizens.

17       Q.   How often do those immigration ceremonies take

18   place?

19       A.   They probably have, in the county, probably

20   maybe three a year, it depends on numbers.

21       Q.   Does the county perform any kind of education

22   or training on signature verification for voters at

23   large in Chelan County?

24            MS. CASTILLO:  Object to form.

25            THE WITNESS:  No specific trainings.  We make a



The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD  ECF No. 123-26  filed 06/09/23  PageID.3270  Page 4 of 10
The Deposition of SKIP MOORE, taken 06/04/2024, 2025
112

 1    note of how important it is to use the signature that

 2    you use when you register to vote and on your

 3    registration form or with your -- receiving your

 4    driver's license.  We discuss that in our local voters'

 5    pamphlet, but that would be the extent.

 6    BY MS. RIVAS:

 7        Q.    So we talked earlier about the local voters'

 8    pamphlet, but just now you mentioned the registration

 9    form.

10              Are you referring to the voter registration

11    form or the voter registration form through, for

12    example, the Department of Motor Vehicles in Chelan?

13              MS. CASTILLO:  Object to form.

14              THE WITNESS:  When you say -- are you saying

15    when I say we instruct voters to use a voter

16    registration form signature or their driver's license

17    signature form, is that --

18    BY MS. RIVAS:

19        Q.    Yeah.  Yeah, where do you instruct that, apart

20    from the local voters' pamphlet?

21              MS. CASTILLO:  Object to form.

22              THE WITNESS:  I don't know that we were

23    instructed anywhere else.

24    BY MS. RIVAS:

25        Q.    Okay.  Thank you.  I would like to have you

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-26   filed 06/09/23   PageID.3271   Page 5 of 10
The Deposition of SKIP MOORE, taken 05/04/2025
121

```
 1    right side of the document, the first full paragraph, it
 2    says, every ballot -- every valid ballot requires a
 3    signed declaration.  Staff verifies that the signature
 4    accompanying the ballot matches the signature on the
 5    voters registration record.
 6            Do you see that?
 7       A.  Yes, I do.
 8       Q.  Okay.  We're in the right place.
 9            Then it says, voters using an AVU have the
10    option of providing photo identification if they have
11    difficulty assembling a ballot packet together.
12            What does that mean, AVU?
13       A.  That term has changed back and forth, but it's
14    an assisted voting unit -- assistance voting unit, I
15    believe is the term we're using now.  It's a voting
16    machine designed to allow folks with either motor skills
17    or sight problems to vote about unaided.
18       Q.  Okay.  The next section -- the next sentence
19    reads, before verifying signature, staff must attend
20    signature verification training and sign an oath with
21    the auditor's office.
22            Did you see that?
23       A.  I do.
24       Q.  What does -- what does that mean, that
25    sentence?
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD  ECF No. 123-26  filed 06/09/23  PageID.3272  Page 6 of 10
The Deposition of SKIP MOORE, taken 05/24, 2023
122

1              MS. CASTILLO:  Object to form.

2              THE WITNESS:  Everybody in the elections office

3    has been deputized, and they've taken an oath to such,

4    to be a deputy auditor so that's where we're discussing

5    the oath.  And I -- it's a policy that anyone that is

6    checking signatures has attended the signature

7    verification training.

8    BY MS. RIVAS:

9        Q.   **What I'm trying to find out, if that means they**

10   **only have to attend signature verification training once**

11   **or each time before there is an election?**

12             MS. CASTILLO:  Object to form.

13             MS. RIVAS:  There is no requirement that anyone

14   has to attend signature verification more than once.  So

15   in answer of your question, no, there is not a

16   requirement that they must attend signature verification

17   every time prior to an election.

18   BY MS. RIVAS:

19       Q.   **So is it Chelan County's policy that the**

20   **elections staff only has to go through signature**

21   **verification training once?**

22             MS. CASTILLO:  Object to form.

23             THE WITNESS:  No.  We as a group attend it as

24   often as we can, and it works out probably about once a

25   year.  And that's more of a guideline that I put in

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-26   filed 06/09/23   PageID.3273   Page 7 of 10
The Deposition of SKIP MOORE, taken on May 24, 2023
123

 1    place.

 2    BY MS. RIVAS:

 3        Q.    **And when did you put that guideline in place?**

 4        A.    Back when I started back in 2002.

 5        Q.    **You mean 2009?**

 6        A.    Oh, as auditor, it would have been 2009.  I was

 7    the elections director back in 2002.  So I've been doing

 8    elections a long time.

 9        Q.    Okay.  Thank you for that clarification.

10              So when you say your elections staff does a

11    group training once a year --

12        A.    Yes.

13        Q.    -- does that include you?

14        A.    Yes.

15        Q.    So you attend elections training once a year?

16              MS. CASTILLO:  Object to form.

17    BY MS. RIVAS:

18        Q.    I'm sorry -- strike that.

19              **Sir, you attend signature verification training**

20    **once a year; is that correct?**

21        A.    By and large.  When I say once a year, it may

22    be 18 months at a time based upon when the trainings are

23    available and schedules match, but we do as best we can

24    as to by and large, attend some sort of signature

25    verification annually.

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-26   filed 06/09/23   PageID.3274   Page 8 of 10
The Deposition of SKYE MOORE, taken on May 24, 2023
124

1      Q.   And who conducts those signature verification

2   trainings that you and your staff attend generally once

3   a year?

4           MS. CASTILLO:  Object to form.

5           THE WITNESS:  It used to be up until mid COVID,

6   I believe, it was conducted by the Washington State

7   Patrol.  Post COVID, it is -- it's provided by

8   instructors who are contracted by the Secretary of

9   State, and if -- and my recollection is most of them

10  used to be with the Washington State Patrol.

11  BY MS. RIVAS:

12     Q.   When you say post COVID, do you mean 2021,

13  2022?

14          MS. CASTILLO:  Object to form.

15          THE WITNESS:  Probably right around 2021-ish is

16  when that transition occurred.

17  BY MS. RIVAS:

18     Q.   Is there a reason that you -- that you -- that

19  the elections department changed from being trained by

20  the Washington State Patrol to instructors contracted by

21  the Secretary of State?

22          MS. CASTILLO:  Object to form.

23          THE WITNESS:  Other than that was the only

24  training available to the elections department.

25

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD   ECF No. 123-26   filed 06/09/23   PageID.3275   Page 9 of 10
The deposition of SKIP MOORE taken 05/24/2023

193

```
 1                     C E R T I F I C A T E

 2    STATE OF WASHINGTON        )
                                 ) SS.
 3    COUNTY OF PIERCE           )
                    I, the undersigned Washington Certified
 4    Court Reporter, pursuant to RCW 5.28.010 authorized to
      administer oaths and affirmations in and for the State
 5    of Washington, do hereby certify:

 6                    That the annexed and foregoing deposition
      consisting of pages 1 through 194 of the testimony of
 7    each witness named herein was taken stenographically
      before me and reduced to typed format under my
 8    direction;

 9                    I further certify that according to CR
      30(e) the witness was given the opportunity to examine,
10    read and sign the deposition after the same was
      transcribed, unless indicated in the record that the
11    review was waived;

12                    I further certify that all objections made
      at the time of said examination to my qualifications or
13    the manner of taking the deposition or to the conduct of
      any part have been noted by me upon each said
14    deposition;

15                    I further certify that I am not a relative
      or employee of any such attorney or counsel, and that I
16    am not financially interested in the said action or the
      outcome thereof;

17

18                    I further certify that each witness before
      examination was by me duly sworn to testify the truth,
      the whole truth and nothing but the truth.

19

20                    I further certify that the deposition, as
      transcribed, is a full, true and correct transcript of
      the testimony, including questions and answers, and all
21    objections, motions, and exceptions of counsel made and
      taken at the time of the foregoing examination and was
22    prepared pursuant to Washington Administrative Code
      308-14-135, the transcript preparation format
23    guidelines;

24    I further certify that I am sealing the deposition in an
      envelope with the title of the above cause and name of
25    the witness visible, and I am
```



The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

The Deposition of SNIP MOORE, taken on May 24, 2023
194

1   delivering the same to the appropriate authority;

2           I further advise you that as a matter of
    firm policy, the Stenographic notes of this transcript
3   will be destroyed three years from the date appearing on
    this Certificate unless notice is received otherwise
4   from any party or counsel thereto on or before said
    date;

5

6           IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my official seal this June 2, 2023.

7

8

9

                    _____
10                  NIKEYA COLEMAN, CCR
                    Washington State Certified Court Reporter
11                  License No. 3409

12

13

14

15

16

17

18

19

20

21

22

23

24

25

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202


THE OHIO
REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com