# EXHIBIT BB

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF WASHINGTON
 3    _____
 4    JESSE REYES, DANIEL REYNOSO,
 5    LEAGUE OF UNITED LATIN AMERICAN
 6    CITIZENS, LATINO COMMUNITY FUND
 7    OF WASHINGTON,
 8            Plaintiffs,
 9       v.                                    Case No.
10    BRENDA CHILTON, et al.,                  4:21-cv-05075-
11            Defendants.                      MKD
12    _____
13              VIDEOTAPED DEPOSITION OF
14                    SHON SMALL
15    DATE:         Friday, May 19, 2023
16    TIME:         8:35 a.m.
17    LOCATION:     Remote Proceeding
18                  Benton County Administration Building
19                  7122 West Okanogan Place, Suite E
20                  Kennewick, WA 99336
21    OFFICIATED BY: Michele Z. Stevenson, Notary Public
22    JOB NO.:      5915240
23
24
25
                                                    Page 1
```

1    the members of the election board, you know, that will
2    try to make contact with these individuals, you know,
3    and go:  "Yeah.  Hey, matter of fact, you know, there
4    was a discrepancy here.  We just got this in today.
5    Here's the signature."
6              "Okay.  Yeah.  It matches."  You know, those
7    types of things.
8              MR. FUQUA:  I see.  Okay.  I apologize
9    for the confusion on that.
10             We've been going about an hour 15.  And
11   we're done, I think, with this provision.  So this seems
12   like probably a pretty good time to take a short break.
13             MR. MCCURDY:  Okay.  Do you want to go
14   off the record?
15             MR. FUQUA:  I thought we would, to give
16   the court reporter a meaningful break.
17             MR. MCCURDY:  Yeah.  So I'm asking, let's
18   go off the record to discuss our break.
19             THE VIDEOGRAPHER:  Okay.  Let's go off
20   the record.  The time is 9:43 a.m.
21             (Off the record.)
22             THE VIDEOGRAPHER:  On the record.  The
23   time is 9:55 a.m.
24   BY MR. FUQUA:
25       Q    Okay.  Mr. Small, coming out of the break

Page 59

```
 1    there after talking about that Administrative Code
 2    provision, I want to talk with you a little bit about
 3    training you may have received that would assist you in
 4    applying the provisions of that Administrative Code.
 5              So let me just start with that question.  Is
 6    there any training that you have received that would
 7    assist you in comparing signatures to determine whether
 8    or not they match for purposes of accepting or rejecting
 9    a ballot?
10         A    I feel so.
11         Q    Can you tell me about it?  What training are
12    you referring to there?
13         A    Yeah.  Well, I guess to start off, you know, a
14    little over 22 years of law enforcement experience.
15    Wound up taking an assortment of classes.  I think when
16    I left, I had between four to five thousand hours of
17    training.
18              And part of that actually had to do with
19    forgery cases and -- and basically of -- of checks, you
20    know, those types of things.  And it was, like, a 40-
21    hour class that I wound up taking.  And I -- on -- just
22    on -- on the job.
23         Q    Let's talk a little bit about that 40-hour
24    class.  When was it that you took that class?
25         A    I think it was in the late '90s, I believe.
```

```
 1          Q     Okay.
 2          A     It might have been -- it might have been in
 3     the 2000s.  I -- I really can't remember.
 4          Q     So in the neighborhood of 20 to 25 years ago;
 5     is that a fair range?
 6          A     I'd say so.  Yes.
 7          Q     I say 20 to 25 years ago from today, from
 8     where we're sitting right now?
 9          A     Yes.
10          Q     Do you remember how that 40 hours was spread
11     out?  I mean, did you do that in a week, over the course
12     of a month?  What's your recollection?
13          A     Yeah.  It was -- it was a week.  It was a
14     weeklong course we went --
15          Q     Okay.  So it was like an eight-hour day, like
16     a full-time job for a week kind of thing?
17          A     Yes.
18          Q     Okay.  Was the entire 40 hours devoted to
19     handwriting or signature analysis?
20          A     Not the whole 40 hours, but -- but a good
21     portion of it.  Yeah.  I think close to 24 hours, right
22     around there.  And then we -- I know we did do a little
23     bit of hands-on in regards of having different scenarios
24     and, you know, basically mock scenes, if you want to
25     call it.
```

Page 61

1    Q    Okay.  So when you say "hands-on," you mean,
2    you know, the instructors would present you with -- you
3    know, and again, just, I could be way off-base.  I just
4    want to make sure I understand.
5         The instructors might do something like
6    present you with two different documents and have you
7    compare them and try to make a determination as to which
8    one is legitimate?  Is that the kind of thing you're
9    talking about?
10   A    Kind of.  Keep in mind, it was close to 20
11   years ago.  I can't remember all the specifics, whatnot.
12   You know?  But I -- I do remember, back in the day, it
13   was actually, you know, talking about checks 'cause
14   there was a lot of check forgeries going on back then.
15   A lot of people don't even know what checks are.
16   Q    Yeah.
17   A    But it was those types of things.
18   Q    Do you recall any instruction from a certified
19   handwriting analyst or somebody like that?
20            MR. MCCURDY:  Object to form.
21   A    I -- I don't remember.  I -- I don't.  I -- I
22   know it was through CJTC.  And I'm --
23            THE OFFICER:  I'm sorry; what was that?
24            THE WITNESS:  The Criminal Justice
25   Training Commission.  It's called CJTC.

Page 62

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2              I, MICHELE Z. STEVENSON, the officer before
 3    whom the foregoing proceedings were taken, do hereby
 4    certify that any witness(es) in the foregoing
 5    proceedings, prior to testifying, were duly sworn; that
 6    the proceedings were recorded by me and thereafter
 7    reduced to typewriting by a qualified transcriptionist;
 8    that said digital audio recording of said proceedings
 9    are a true and accurate record to the best of my
10    knowledge, skills, and ability; that I am neither
11    counsel for, related to, nor employed by any of the
12    parties to the action in which this was taken; and,
13    further, that I am not a relative or employee of any
14    counsel or attorney employed by the parties hereto, nor
15    financially or otherwise interested in the outcome of
16    this action.
17    Dated:  June 6, 2023
18
19              [signature]
20
21              MICHELE Z. STEVENSON
22              Notary Public in and for the
23              State of California
24    [X] Review of the transcript was requested.
25
```

Page 91

```
 1              CERTIFICATE OF TRANSCRIBER
 2          I, ERIC ROBERT SWENSON, do hereby certify that
 3   this transcript was prepared from the digital audio
 4   recording of the foregoing proceeding, that said
 5   transcript is a true and accurate record of the
 6   proceedings to the best of my knowledge, skills, and
 7   ability; that I am neither counsel for, related to, nor
 8   employed by any of the parties to the action in which
 9   this was taken; and, further, that I am not a relative
10   or employee of any counsel or attorney employed by the
11   parties hereto, nor financially or otherwise interested
12   in the outcome of this action.
13   Dated:  June 6, 2023
14
15
16            [signature: Eric Swenson]
17              ERIC ROBERT SWENSON
18
19
20
21
22
23
24
25
```

Page 92