# EXHIBIT DD

```
              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
```

JESSE REYES, DANIEL REYNOSO,           )
LEAGUE OF UNITED LATIN AMERICAN        )
CITIZENS, LATINO COMMUNITY FUND        )
OF WASHINGTON,                         )
                                       )
                                       ) No. 4:21-cv-05075-MKD
          Plaintiff,                   )
                                       )
              v.                       )
                                       )
BRENDA CHILTON, et al.,                )
                                       )
          Defendants.                  )

```
         ZOOM DEPOSITION UPON ORAL EXAMINATION
                          OF
                     RON ANDERSON
```

                Thursday, May 25, 2023
                     12:02 p.m.

Deanna M. Ellis, CCR No. 2511



The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

The Deposition of RON ANDERSON, taken on May 25, 2023
25

```
 1                    MR. McCURDY:  Same objection.
 2       A.   I do not.  I couldn't confirm how many
 3  numbers.
 4       Q.   Do you know if it's more than one?
 5       A.   I would assume so.
 6       Q.   Do you know where the county obtains the
 7  signature samples that it compares to the ballot
 8  declaration?
 9       A.   I'm sorry, say that again for the first part.
10       Q.   -- contains the signature samples that it
11  compares with the ballot declaration?
12                    MR. McCURDY:  Object to form.  And,
13  Mark, I think the first part got cut off by your audio.
14  I apologize.
15                    THE WITNESS:  Yeah.
16                    MR. TROUTMAN:  Okay.  Was the objection
17  because it got cut off or do --
18                    MR. McCURDY:  The objection was because
19  it got cut off.
20       I saw a puzzled look on Deanna's face, as well.
21       Q.   Do you know where the county obtains the
22  signature samples that it compares to the ballot
23  declarations?
24       A.   Okay, yes.  The signature cards that are on --
25  that are on record in the county.  That's one of the
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

```
 1  comparisons that I now about.
 2       Q.   And when you say the "signature cards," are
 3  you referring to the VoteWA System?
 4       A.   I guess so.  You know, I guess, for
 5  clarification on all of that and from my aspect, I have
 6  very, very terrible signature.  I've had to resign,
 7  update my signature on file, at least, one time, maybe
 8  two times over time just because they didn't match.  So
 9  I had to update them.  And I just scribble.  And so
10  that's -- that's one of the things.
11            In fact, on -- I think it was last fall, maybe it
12  was a non-candidate ballot -- it could have been --
13  there was a ballot that I didn't have any -- it wasn't
14  any candidates on it.  It was just issues.  I signed the
15  envelope on the outside, put my address on there.  And
16  because I had -- not too long before that had to update
17  my signature on file, I put just a little note on the --
18  on the envelope exterior:
19                 Yes, Kathy, this is my signature.
20       And so -- just to clarify that they weren't going
21  to come ask me for it again.
22       Q.   Do you know if your ballot was accepted?
23       A.   I have no idea.
24       Q.   Okay.  Did you receive a cure form during that
25  election?
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

|   |   |
|---|---|
| 1 | A. No. |
| 2 | Q. Do you recall anybody else ever writing notes |
| 3 | to Kathy Fisher or anybody else? |
| 4 | A. No. We -- at least, I did. I'm not -- I was |
| 5 | not down there or in the elections office. I stayed |
| 6 | away from that on purpose. It's a separate little room |
| 7 | that nobody can go into, except for the election staff. |
| 8 | And so there was no reason for me to be around there at |
| 9 | all. |
| 10 | Q. Okay. You mentioned that -- when I was asking |
| 11 | about where the signature samples came from, you |
| 12 | mentioned the signature cards. And I believe you |
| 13 | referred to other please. |
| 14 | Do you know any place else you got signature |
| 15 | samples to compare to the ballot declaration? |
| 16 | A. Not to -- I may have misspoke. But I think |
| 17 | the signature registration -- I don't know if it's |
| 18 | actually a card or whatever, but it's on file. And |
| 19 | that's the only place I really know about. |
| 20 | Q. Okay. And when you mentioned you updated your |
| 21 | signature a few times, what was the process of doing |
| 22 | that for you? |
| 23 | A. I had -- I went down to the auditor's office |
| 24 | and signed a new card that was going to be put on |
| 25 | file -- or a form, I should say. Not a card, but a |

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD    ECF No. 123-30    filed 06/09/23    PageID.3312    Page 6 of 7
The Deposition of RON ANDERSON, taken on May 25, 2023
168

C E R T I F I C A T E

STATE OF WASHINGTON)
                    ) ss
COUNTY OF SNOHOMISH)

       I, the undersigned Washington Certified Court Reporter, pursuant to RCW 5.28.010, authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify:

       That the foregoing deposition consisting of pages 1 through 172 of the testimony of each witness named herein was taken stenographically before me and reduced to typed format under my direction;

       I further certify that according to CR 30(e) the witness was given the opportunity to examine, read and sign the deposition after same was transcribed, unless indicated in the record that review was waived;

       I further certify all objections made at the time of said examination to my qualifications or manner of taking the deposition or to the conduct of any party have been noted by me upon each said deposition;

       I further certify that I am not a relative or employee of any such attorney or counsel, and that I am not financially interested in the action or the outcome thereof;

       I further certify that each witness before examination was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

       I further certify that the deposition, as transcribed, is a full, true and correct transcript of the testimony, including questions and answers, and all objections, motions, and exceptions of counsel made and taken at the time of the foregoing examination and was prepared pursuant to the Washington Administrative Code 308-14-135, the transcript preparation format guidelines;

       I further certify that I am sealing the deposition in an envelope with the title of the above cause and the name of the witness visible, and I am



The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com

Case 4:21-cv-05075-MKD    ECF No. 123-30    filed 06/09/23    PageID.3313    Page 7 of 7
The Deposition of RON ANDERSON, taken on May 25, 2023
169

```
1  delivering the same to the appropriate authority;
2          I further advise you that as a matter of firm
   policy, the Stenographic notes of this transcript will
3  be destroyed three years from the date appearing on the
   Certificate unless notice is received otherwise from any
4  party or counsel hereto on or before said date;
           IN WITNESS WHEREOF, I have hereunto set my
5  hand and affixed my official seal this 8th day of June,
   2023.
6
                    
7                   _____
                    Deanna M. Ellis, CCR
8                   Washington State Certified
                    Court Reporter
9                   License No. 2511
```

The Ohio Reporting Company
312 Walnut St, Suite 1600
Cincinnati, OH 45202

THE OHIO REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

Phone: 1-866-800-7031
Fax: 502-584-0119
schedule@yourdepos.com
www.yourdepos.com