# EXHIBIT FF

# REQUESTED TO BE FILED UNDER SEAL