# EXHIBIT GG

# REQUESTED TO BE FILED UNDER SEAL