# EXHIBIT II

Notice of Signature Does Not Match

11/03/2021

JESSE REYES
113 PHEASANT CANYON CT
WENATCHEE, WA 98801

Dear JESSE REYES,

The ballot you returned for the **November 2, 2021 General Election** has not been processed because the signature on the ballot does not match the signature currently on file in the Chelan County voter registration records. (RCW 29A.40.110) It appears that someone other than you may have signed your ballot.

It is very important to us that your ballot is counted. In order for the Elections Office to be able to accept and count your ballot, we have added a Signature Update form on the back of this letter for you to fill out and sign. The signature on the Signature Update form must match the signature on the Affidavit of Voter envelope that contains your voted ballot.

We realize that signatures may change over time or that a person may have a different signature if he or she is signing a document in a hurry. When you signed your ballot envelope you might have been in a rush and may have signed your signature a little differently than you would have under other circumstances. If you feel that this may apply to you, then this "rushed" signature is the signature we are requesting from you. If you have several variations of your signature, please feel free to sign the form with all versions of your signature.

By completing and returning the form, you will enable the Elections Office to have multiple variations of your signature on file to compare with the current ballot and all future ballots.

The signed form should be returned in the enclosed envelope and **MUST** be received in our office **no later than 5:00pm Monday, November 22, 2021.**

How to return this from:

Mail / Or resolve in person:
    Chelan County Auditor Elections
    350 Orondo Ave; Suite 306
    Wenatchee, WA 98801
*Our office hours are 9:00am - 5pm; Monday - Friday

E-Mail -   elections@co.chelan.wa.us

Fax -   509.667.6818

Or any of our drop box locations

If you have any questions, please call the Elections Office at 509-667-6808.

Sincerely,



Exhibit 6
Witness Reyes
Date 5-18-23
Buell Realtime Reporting
(206) 287-9066

REYES PLAINTIFFS_000284

Chelan County Elections

# Signature Update Form

❶ The signature on your ballot envelope doesn't match the signature in your voter registration file.

## instructions

- Fill out the form using a black or blue pen.
- Select one of the options below to return the completed form.

## how to return this form

option 1: by email, fax, or mail

- Fill out and send this form to your county elections department.

option 2: in person

- Visit your county elections department and fill out a new voter registration form.

For your vote to count, return this form to your county elections department no later than:

9 days after a February or April Election;

13 days after a Primary; or,

20 days after a General Election.

Addresses are on the back of this form.

## voter information please print clearly

last name            first            middle

date of birth                         phone number

voter registration number (if known)

## ballot declaration

I do solemnly swear or affirm under penalty of perjury that I am:
- A citizen of the United States;
- A resident of the state of Washington and meet the requirements for voting mandated by state law;
- At least 18 years old on election day;
- Voting only once in this election;
- Not under the authority of the Department of Corrections for a Washington felony conviction;
- Not disqualified from voting due to a court order; and
- Not voting in any other jurisdiction in the United States for this election.

It is illegal to forge a signature or cast another person's ballot. Attempting to vote when not qualified, attempting to vote more than once, or falsely signing this declaration is a felony punishable by a maximum imprisonment of five years, a maximum fine of $10,000, or both.

## registration declaration

I declare that the facts on this voter registration form are true. I am a citizen of the United States. I will have lived at this address in Washington for at least thirty days immediately before the next election at which I vote. I will be at least 18 years old when I vote. I am not disqualified from voting due to a court order, and I am not under Department of Corrections supervision for a Washington felony conviction.

## sign & date

A signature stamp or Power of Attorney is not acceptable.

signature of voter

date

## optional: if you cannot sign

Make a mark above in the presence of 2 witnesses. The witnesses should then sign below.

signature of witness 1            date

signature of witness 2            date

Ballot ID: 1-102508744    Name: JESSE ALEJANDRO REYES    Voter ID: 10450169

REYES PLAINTIFFS_000285