# EXHIBIT MM

# Deposition of 30(b)(6) Gabriel Portugal

# Reyes, et al. v. Chilton, et. al.

# May 17, 2023



**206.287.9066 | 800.846.6989**
1325 Fourth Avenue, Suite 1840, Seattle, Washington 98101
www.buellrealtime.com
email: info@buellrealtime.com



1  no-no.
2  BY MS. O'SULLIVAN:
3     Q.   Does LULAC national believe that the signature
4  verification process assists counties in ensuring that
5  people don't vote twice?
6           MR. MORFIN:  Objection to the form of the
7  question.
8           THE WITNESS:  I have no idea how they use
9  this process so I cannot make a statement related to
10 that.
11          MS. O'SULLIVAN:  We can take a quick break
12 if that works for everyone.
13          (Break taken from 1:51 p.m. to
14          2:10 p.m.)
15              EXAMINATION (CONTINUED)
16 BY MS. O'SULLIVAN:
17    Q.   Back on the record.
18         Mr. Portugal, has LULAC national ever engaged in
19 discussions with the Benton County auditor's office?
20          MR. MORFIN:  Objection to the form of the
21 question.
22          THE WITNESS:  I don't think so, no.
23 BY MS. O'SULLIVAN:
24    Q.   Has LULAC national ever engaged in discussions
25 with the Benton County commissioners?

Reyes, et al. v. Chilton, et. al.                              30(b)(6) Gabriel Portugal

Page 150

```
 1              MR. MORFIN:  Objection to the form of the
 2   question.
 3              THE WITNESS:  No.
 4   BY MS. O'SULLIVAN:
 5       Q.   And has LULAC national ever engaged in
 6   discussions with the Benton County canvassing review
 7   board?
 8              MR. MORFIN:  Objection to the form of the
 9   question.
10              THE WITNESS:  No.
11   BY MS. O'SULLIVAN:
12       Q.   Has LULAC national ever engaged in discussions
13   with the Chelan County auditor's office?
14              MR. MORFIN:  Objection to the form of the
15   question.
16              THE WITNESS:  No.
17   BY MS. O'SULLIVAN:
18       Q.   Has LULAC ever engaged in discussions with the
19   Chelan County county commissioners?
20              MR. MORFIN:  Objection to the form of the
21   question.
22              THE WITNESS:  No.
23   BY MS. O'SULLIVAN:
24       Q.   Has LULAC national ever engaged in discussions
25   with the Chelan canvassing review board?
```

Reyes, et al. v. Chilton, et. al.                    30(b)(6) Gabriel Portugal

Page 151

1           MR. MORFIN:  Objection to the form of the
2    question.
3           THE WITNESS:  No.
4    BY MS. O'SULLIVAN:
5       Q.   Has LULAC national ever engaged with the Yakima
6    County auditor's office?
7           MR. MORFIN:  Objection to the form of the
8    question.
9           THE WITNESS:  No.
10   BY MS. O'SULLIVAN:
11      Q.   Has LULAC ever engaged in discussions with the
12   Yakima County commissioners?
13          MR. MORFIN:  Objection to the form of the
14   question.
15          THE WITNESS:  No.
16   BY MS. O'SULLIVAN:
17      Q.   Has LULAC ever engaged in discussions with the
18   Yakima County canvassing review board?
19          MR. MORFIN:  Objection to the form of the
20   question.
21          THE WITNESS:  No.
22   BY MS. O'SULLIVAN:
23      Q.   Other than the filing of the present complaint,
24   has LULAC national ever raised the issues regarding the
25   ballot signature rejection rates with the Benton County

Reyes, et al. v. Chilton, et. al.                    30(b)(6) Gabriel Portugal

Page 152

```
 1   auditor's office?
 2              MR. MORFIN:  Objection to the form of the
 3   question.
 4              THE WITNESS:  No.
 5   BY MS. O'SULLIVAN:
 6      Q.   Has LULAC national ever raised the issues about
 7   ballot issues or rejection rates with the Yakima County
 8   auditor's office?
 9              MR. MORFIN:  Objection to the form of the
10   question.
11              THE WITNESS:  No.
12   BY MS. O'SULLIVAN:
13      Q.   Has LULAC national ever raised the issues
14   regarding ballot signature rejection rates with the
15   Chelan County auditor's office?
16              MR. MORFIN:  Objection to the form of the
17   question.
18              THE WITNESS:  No.
19   BY MS. O'SULLIVAN:
20      Q.   With Chelan County commissioners?
21              MR. MORFIN:  Objection to the form of the
22   question.
23              THE WITNESS:  No.
24   BY MS. O'SULLIVAN:
25      Q.   With Chelan canvassing review board?
```

Reyes, et al. v. Chilton, et. al.                    30(b)(6) Gabriel Portugal

Page 153

```
 1              MR. MORFIN:  Objection to the form of the
 2   question.
 3              THE WITNESS:  No.
 4   BY MS. O'SULLIVAN:
 5      Q.   With Benton County commissioners?
 6              MR. MORFIN:  Objection to the form of the
 7   question.
 8              THE WITNESS:  No.
 9   BY MS. O'SULLIVAN:
10      Q.   With Benton County canvassing review board?
11              MR. MORFIN:  Objection to the form of the
12   question.
13              THE WITNESS:  No.
14   BY MS. O'SULLIVAN:
15      Q.   With the Yakima County commissioners?
16              MR. MORFIN:  Objection to the form of the
17   question.
18              THE WITNESS:  No.
19   BY MS. O'SULLIVAN:
20      Q.   Has LULAC national ever raised the issue
21   regarding ballot signature rejection rates with Yakima
22   County canvassing review board?
23              MR. MORFIN:  Objection to the form of the
24   question.
25              THE WITNESS:  No.
```

Reyes, et al. v. Chilton, et. al.                    30(b)(6) Gabriel Portugal

Page 154

1   BY MS. O'SULLIVAN:
2      Q.   What's LULAC national's understanding of the
3   Washington ballot cure process?
4            MR. MORFIN:  Objection to the form of the
5   question.
6            THE WITNESS:  We understand there is a
7   process that, you know, like the whole state follows,
8   different counties.
9   BY MS. O'SULLIVAN:
10     Q.   So does LULAC national understand that once a
11  voter's ballot declaration signature has been flagged
12  for signature mismatch following a multilevel review
13  process what steps a voter must take to cure their
14  ballot?
15           MR. MORFIN:  Objection to the form of the
16  question.
17           THE WITNESS:  We don't have a special
18  process for delineating how to curate a ballot, I don't
19  know if that's what you are asking, but each county has
20  their own process and their own timelines as far as when
21  ballots are rejected and the notices go out.
22  BY MS. O'SULLIVAN:
23     Q.   And is LULAC national familiar with those
24  individual counties's timelines and requirements for the
25  ballot cure process?

BUELL REALTIME REPORTING, LLC
206.287.9066  I  800.846.6989

800e792a-79af-46d9-a5ce-62c582fdbee9

Reyes, et al. v. Chilton, et. al.                    30(b)(6) Gabriel Portugal

Page 190

C E R T I F I C A T E

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF KING       )

I, KIM M. DORE-HACKBARTH, a Certified Shorthand Reporter in and for the State of Washington, do hereby certify that the foregoing transcript is true and accurate to the best of my knowledge, skill and ability.

Reading and signing was requested pursuant to FRCP Rule 30(e).

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 25th day of May, 2023.

_____
KIM M. DORE-HACKBARTH, RPR, CCR
Certified Court Reporter No. 2072
(Certification expires 5/27/23.)

BUELL REALTIME REPORTING, LLC
206.287.9066  |  800.846.6989