FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE REYES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BRENDA CHILTON, in her official capacity as Benton County Auditor and Canvas Review Board member, et al,<br><br>　　　　　Defendant(s). | No. 4:21-CV-05075-MKD<br><br>SIXTH BENCH TRIAL SCHEDULING ORDER<br><br>**ECF No. 192** |

Before the Court is the parties' Joint Motion to Set the Scheduling Order Per Court Order, ECF No. 192. On August 16, 2023, the Court suspended the schedule in this case due to conflicts on the Court's calendar. ECF No. 190. The parties present new pretrial deadlines for a trial on February 5, 2024. ECF No. 192.

Accordingly, **IT IS HEREBY ORDERED:**

**1.** The parties' Joint Motion to Set the Scheduling Order Per Court Order, **ECF No. 192**, is **GRANTED.**

FIFTH BENCH TRIAL SCHEDULING ORDER - 1

**2. General Court Procedures**

Pursuant to Fed. R. Civ. P. 16(b)(4), the dates set forth in this Order may be amended **only** by Order of the Court and upon a showing of good cause. Pursuant to Fed. R. Civ. P. 29, the parties may stipulate to other procedures governing or limiting discovery, except the dates set forth in this Order.

Counsel shall review and employ Local Civil Rule (LCivR) 83.1 (Civility) and Washington Rule of Professional Conduct 3.4 (Fairness To Opposing Party And Counsel).

**2. Sealed Documents**

Any and all sealed documents shall be filed by the parties under the sealed event as a sealed document. The parties are not required to file a separate motion to seal a document. The parties shall file any objections to a sealed document by **no later than five days** after the filing of the sealed document. The Court will thereafter review the sealed document and any objections filed to determine whether the document should be unsealed.

Any party filing a sealed document shall email dimkeorders@waed.uscourts.gov to inform the Court of the filing. The email shall note the ECF number of the sealed document and the general nature of the document.

### 3. Motion Practice

#### A. Notice of Hearing

Parties are to comply with LCivR 7(i) when noting motions for hearing. If oral argument is sought by a party, counsel shall first confer and determine an agreeable hearing date and time, and then contact the Courtroom Deputy at (509) 943-8172 to confirm the Court's availability for the agreed-upon hearing date and time. All non-dispositive motion hearings shall be conducted by video, unless in-person argument is approved by the Court. The parties may use cellular phones for telephonic hearings, but not in speaker mode and provided the caller is in an area with adequate cellular service and minimal background noise. Landline phones may not be used in speaker mode. All phones must be muted unless addressing the Court. Dispositive motion hearings in which oral argument has been requested will be set for in-person appearance, unless otherwise directed by the Court. If the parties seek to request the dispositive motion be heard by video, counsel shall contact the Courtroom Deputy.

#### B. Motions to Expedite

If there is a need to have a motion heard on an expedited basis, the party must file a motion to expedite and an accompanying memorandum (or declaration) establishing the need for an expedited hearing. The motion shall be noted for hearing, without oral argument, no earlier than seven days after the filing of the

FIFTH BENCH TRIAL SCHEDULING ORDER - 3

motion, or two days after the date of filing with prior permission from the Court. Pursuant to local rule, motions (including stipulated motions) may **not** be noted for hearing for the same day they are filed. *See* LCivR7(i)(2).

### C.  Citing Previously Filed Documents

All references to a previously filed document shall cite to the electronic case filing (ECF) record number and page number within that ECF record, in the following format, "ECF No. __ at __." Such documents shall not be attached as exhibits.

### D.  Reliance on Deposition Testimony

When a party relies on deposition testimony to support a position it takes in support or opposition to an issue, that party shall provide the Court <u>with the pertinent excerpts</u> of the deposition testimony relied upon and shall cite to page and line numbers of the deposition it believes supports its position. *See generally* LCivR 56(c). Submission of the entire deposition and/or failure to cite to specific portions of the deposition may result in the submission being stricken from the record. *See Orr v. Bank of America*, 285 F.3d 764, 774-75 (9th Cir. 2002).

### E.  Supplemental Responses or Replies

No supplemental responses or supplemental replies to any motion may be filed unless the Court grants a motion to file such documents.

### F.  Motions to Reconsider

FIFTH BENCH TRIAL SCHEDULING ORDER - 4

Motions to reconsider are disfavored. Motions must show manifest error in the prior ruling or reveal new facts or legal authority which could not have been brought to the Court's attention earlier. The motion shall be noted for expedited hearing without oral argument seven days after it is filed. No response to a motion for reconsideration need be filed unless requested by the Court. No motion for reconsideration will be granted without such a request by the Court.

### G. Decisions on Motions

The parties may call to inquire about the status of a decision on a motion if the Court has not issued an order within **30 days after** the hearing on said motion.

### 4. Witness/Exhibit Lists

Witness/Exhibit lists shall be filed and served and exhibits made available for inspection or copies provided to the parties on or before the date indicated in the Summary of Deadlines below.

### A. Witness Lists

Witness lists shall include a brief description of the witness, a brief summary of the witness' anticipated testimony, whether the witness will be called as an expert, and any known trial date/time conflicts the witness may have.

### B. Exhibit Lists

Exhibit lists shall include a brief description of the exhibit. All exhibits shall be pre-marked; Plaintiffs' exhibits shall be numbered 1 to 999; Defendants'

exhibits shall be numbered 1000 to 1999.  Exhibits shall be marked in the lower right corner of the exhibit when practicable.

### C. Objections

Objections to witnesses/exhibits shall be filed and served on or before the date indicated in the Summary of Deadlines below, **and shall be heard at the pretrial conference.**  All objections to witnesses shall set forth a legal basis and explanation for the objection.  Objections to an exhibit or portion thereof shall be accompanied by a full and complete copy of the exhibit in question and a short legal explanation for the objection.  The party seeking the admission of the witness or exhibit has **five** days, excluding federal holidays and weekends, to file a response to the opposing party's objection; no reply shall be filed.

### 5. Deposition Designations

### A. Generally

Designation of substantive, as opposed to impeachment, deposition or prior testimony to be used at trial shall be highlighted – in yellow by Plaintiff or in blue by Defendant – and each party shall serve a complete, highlighted transcript of the deposition or prior testimony on or before the date indicated in the Summary of Deadlines below.

### B. Cross-Designations

Cross-designations shall be highlighted – in yellow by Plaintiff or in blue by Defendant – in the transcript containing the opposing party's initial designations and shall be served but not filed on or before the date indicated in the Summary of Deadlines below.

### C. Objections

All objections to designated deposition or prior testimony and the legal bases for the objections, shall be filed and served on or before the date indicated in the Summary of Deadlines below. Any designated deposition or prior testimony objected to shall be underlined in black in a complete yellow/blue highlighted copy of the deposition/prior testimony transcript described above. A paper copy of the underlined document shall be filed and served with the objections. The party seeking admission of the testimony has **five days**, excluding federal holidays and weekends, to file a response; no reply shall be filed. If the deposition was videotaped, and the videotape is to be used at trial, the party seeking to use the videotaped deposition shall indicate the relevant portion on both the written transcript and the videotape. Similarly, objections shall be made on the written transcript as explained above along with the applicable time stamp on the video tape noted. All objections to deposition and prior testimony designations shall be

heard and resolved at the pretrial conference with the videotape available for display.

**6. Motions in Limine**

All unresolved substantive or evidentiary issues that may foreseeably arise during trial shall be addressed by motions in limine to be filed and served on or before the date indicated in the Summary of Deadlines below. Such motions will be addressed and resolved at the pretrial conference. However, motions in limine may not reargue issues already decided by the Court.

**7. Pretrial Order**

    **A. Generally**

A Joint Proposed Pretrial Order prepared in accordance with LCivR 16(e) shall be filed on or before the date indicated in the Summary of Deadlines below, and a copy e-mailed, in Microsoft Word format, to dimkeorders@waed.uscourts.gov.

    **B. Exhibit List**

The list of exhibits contained in the Joint Proposed Pretrial Order shall reflect the exhibit marking scheme described above. In preparing the Joint Proposed Pretrial Order, the parties shall confer regarding duplicative exhibits and determine which party will submit such exhibits for trial.

### 8. Trial Briefs, Proposed Findings of Fact and Conclusions of Law

#### A. Generally

Trial briefs and proposed findings of fact and conclusions of law shall be filed and served on or before the date indicated in the Summary of Deadlines below. Counsel shall email courtesy copies of their proposed findings of fact and conclusions of law in Microsoft Word to dimkeorders@waed.uscourts.gov.

#### B. Trial Brief Length

Trial briefs shall not exceed 20 pages without prior court approval. To obtain court approval, a party must file a motion to file an overlength brief, demonstrating good cause why supplemental briefing is necessary.

### 9. Pretrial Conference

A pretrial conference will be held on **Monday, January 22, 2024, at 1:30 p.m.,** in Richland Courtroom 189. The parties and counsel may request to appear at the pretrial conference by video. All counsel trying the case must be present at the pretrial conference.

### 10. Trial

The bench trial shall commence on **Monday, February 5, 2024,** at 9:00 a.m., in Richland Courtroom 189. Counsel shall appear at 8:30 a.m. on the first day of trial.

### 11. Summary of Deadlines

| | |
|---|---|
| Witness and exhibit lists:<br>        Lists filed and served:<br>        Objections filed and served: | **November 1, 2023**<br>**November 9, 2023** |
| Deposition designations:<br>        Designated transcripts served:<br>        Cross-designations served:<br>        Objections filed and served: | **November 1, 2023**<br>**November 8, 2023**<br>**November 15, 2023** |
| All motions *in limine* filed<br>        Responses:<br>        Replies: | **November 9, 2023**<br>**November 17, 2023**<br>**November 22, 2023** |
| Joint Proposed Pretrial Order filed and emailed to the Court | **January 8, 2024** |
| Trial briefs, findings of fact and conclusions of law | **January 8, 2024** |
| **PRETRIAL CONFERENCE** | **January 22, 2024**<br>**1:30 p.m. - Richland** |
| Exhibits for trial | **2 Weeks Before Trial** |
| **FINAL PRETRIAL CONFERENCE** | **February 5, 2024**<br>**8:30 a.m. - Richland** |
| **BENCH TRIAL** | **February 5, 2024**<br>**9:00 a.m. - Richland** |

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to the parties.

FIFTH BENCH TRIAL SCHEDULING ORDER - 10

DATED August 29, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

FIFTH BENCH TRIAL SCHEDULING ORDER - 11