CHAD W. DUNN
*Admitted Pro Hac Vice*
SONNI WAKNIN
*Admitted Pro Hac Vice*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: (310) 400-6019

ROSEMARY M. RIVAS
*Admitted Pro Hac Vice*
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

EDWARDO MORFIN
Morfin Law Firm
732 N. Center Parkway
Kennewick, WA 99336
Telephone: 509-380-9999

SCOTT FUQUA
*Admitted Pro Hac Vice*
Fuqua Law & Policy, P.C.
P.O. Box 32015
Santa Fe, NM 87594
Telephone: (505) 982-0961

MARK H. TROUTMAN
*Admitted Pro Hac Vice*
GIBBS LAW GROUP LLP
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
Telephone: (510) 340-4214
Facsimile: (510) 350-9701

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE REYES, DANIEL REYNOSO, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND OF WASHINGTON,<br><br>       Plaintiffs,<br><br>  vs.<br><br>BRENDA CHILTON, *et al.*,<br><br>       Defendants. | Case No.: 4:21-cv-05075-MKD<br><br>**MOTION FOR VOLUNTARY DISMISSAL OF BENTON AND CHELAN COUNTY DEFENDANTS**<br><br>Judge: Honorable Mary K. Dimke |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Jesse Reyes, Daniel Reynoso, the League of Latin American Citizens, Latino Community Fund of Washington (collectively "Plaintiffs") unopposed by Defendants Brenda Chilton, Andy Miller, and Jerome Delvin (collectively the "Benton County Canvassing Board") and Skip Moore, Robert Sealby, and Bob Bugert (collectively the "Chelan County Canvassing Board"), move the Court to dismiss specific Defendants with prejudice. The Parties have settled this matter pursuant to the executed Settlement Agreement. Ex. A. Plaintiffs will not seek additional attorneys' fees or costs against Defendant Benton County Canvassing Board and Chelan County Canvassing Board outside of the Settlement Agreement. Parties hereby request that the Court enter an order dismissing Defendants Benton County Canvassing Board and Chelan County Canvassing Board with prejudice.

Nothing in this Motion affects Plaintiffs' active claims against Yakima County and Yakima County Canvassing Board members and Defendants Charles Ross, Joseph Brusic, and Ron Anderson.

A proposed order is being submitted to chamber in accordance with court rules.

Dated: October 11, 2023                    Respectfully submitted,

**MORFIN LAW FIRM, PLLC**
*/s/ Edwardo Morfin*
Edwardo Morfin
WSBA No. 47831
Morfin Law Firm, PLLC
2602 N. Proctor Street, Suite 205
Tacoma, WA 98407
Telephone: 509-380-9999

**GIBBS LAW GROUP LLP**
Rosemary M. Rivas (Admitted *Pro Hac Vice*)
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

**MOTION FOR VOLUNTARY DISMISSAL**
**OF BENTON AND CHELAN COUNTY DEFENDANTS**
**Page 1**

MORFIN LAW FIRM, PLLC
2602 Proctor Street, Suite 205
Tacoma, Washington 98407 ~ (509) 380-9999

Mark H. Troutman (Admitted *Pro Hac Vice*)
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
Telephone: (510) 340-4214
Facsimile: (510) 350-9701

*Attorneys for Plaintiffs Latino Community Fund of
Washington and Daniel Reynoso*

and


**UCLA VOTING RIGHTS PROJECT**
Chad W. Dunn (Admitted *Pro Hac Vice*)
Sonni Waknin (Admitted *Pro Hac Vice*)
3250 Public Affairs Building
Los Angeles, CA 90065
Telephone: (310) 400-6019

**FUQUA LAW & POLICY, P.C.**
Scott Fuqua (Admitted *Pro Hac Vice*)
P.O. Box 32015
Santa Fe, New Mexico 87594
Telephone: (505) 982-0961

*Attorneys for Plaintiffs League of United Latin
American Citizens and Jesse Reyes*

**MOTION FOR VOLUNTARY DISMISSAL**
**OF BENTON AND CHELAN COUNTY DEFENDANTS**
**Page 2**

MORFIN LAW FIRM, PLLC
2602 Proctor Street, Suite 205
Tacoma, Washington 98407 ~ (509) 380-9999

## CERTIFICATE OF SERVICE

I, Edwardo Morfin, hereby certify under penalty of perjury of the laws of the State of Washington that on October 11, 2023, I electronically filed the foregoing MOTION FOR VOLUNTARY DISMISSAL OF BENTON AND CHELAN COUNTY DEFENDANTS with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system as follows:

Callie A. Castillo
Devon J. McCurdy
Erika O'Sullivan
Kimberly Foster
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Email: castilloc@lanepowell.com
Email: mccurdyd@lanepowell.com
Email: osullivane@lanepowell.com
Email: fosterk@lanepowell.com
Email: docketing@lanepowell.com

*Attorneys for Defendants*

October 11, 2023

/s/Edwardo Morfin
Edwardo Morfin

**MOTION FOR VOLUNTARY DISMISSAL**
**OF BENTON AND CHELAN COUNTY DEFENDANTS**
**Page 3**

MORFIN LAW FIRM, PLLC
2602 Proctor Street, Suite 205
Tacoma, Washington 98407 ~ (509) 380-9999