1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| 9  JESSE REYES, DANIEL REYNOSO, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND OF WASHINGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>BRENDA CHILTON, *et al.*,<br><br>Defendants. | Case No.: 4:21-cv-05075-MKD<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF BENTON AND CHELAN COUNTY DEFENDANTS**<br><br>Judge: Honorable Mary K. Dimke |

On October 11, 2023, Plaintiffs Jesse Reyes, Daniel Reynoso, the League of Latin American Citizens, and Latino Community Fund of Washington (collectively "Plaintiffs") filed an unopposed motion seeking voluntary dismissal with prejudice of certain Defendants in this litigation, pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiffs seek to voluntarily dismiss Defendants Brenda Chilton, Andy Miller, and Jerome Delvin (collectively the "Benton County Canvassing Board"), as well as Defendants Skip Moore, Robert Sealby, and Bob Bugert (collectively the "Chelan County Canvassing Board"). The parties listed in this Order have settled, pursuant to an executed settlement agreement. Plaintiffs will not seek additional attorney's fees or costs against Defendants Benton County Canvassing Board and Chelan County Canvassing Board outside the terms of the settlement agreement. Accordingly, the Court hereby dismisses with prejudice the Benton County Canvassing Board and Chelan County Canvassing Board, as defined in this Order.

Nothing within this Court's Order affects Plaintiffs' claims against any remaining Defendants in the case.

**IT IS SO ORDERED.**

Dated: _____

                                               Mary K. Dimke
                                               UNITED STATES DISTRICT JUDGE