FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE REYES; DANIEL REYNOSO; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; LATINO COMMUNITY FUND OF WASHINGTON;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES ROSS, in his official capacity as Yakima County Auditor and Canvassing Review Board Member; JOSEPH BRUSIC, in his official capacity as Yakima County Canvassing Review Board Member; RON ANDERSON; in his official capacity as Yakima County Canvassing Review Board Member;<br><br>　　　　　　Defendant. | No. 4:21-CV-05075-MKD<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE OF BENTON AND CHELAN COUNTY DEFENDANTS<br><br>**ECF No. 195** |

Before the Court is Plaintiffs' Motion for Voluntary Dismissal of Benton and Chelan County Defendants. ECF No. 195. Plaintiffs move for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2), which provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiffs present

ORDER - 1

the signed settlement agreement between themselves and the Benton County Defendants and the Chelan County Defendants.  The Court has reviewed the record and the motion and finds that dismissal with prejudice of Plaintiffs' claims against the Benton County and Chelan County defendants would be upon terms that the Court considers proper.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal of Benton and Chelan County Defendants, **ECF No. 195**, is **GRANTED**.

2. Pursuant to Rule 41(a)(2), all claims against Defendants Brenda Chilton, Andy Miller, Jerome Delvin, Skip Moore, Robert Sealby, Bob Bugert, are **DISMISSED with prejudice**, without an award of costs and fees other than as provided for in the settlement agreement, ECF No. 195-1.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **TERMINATE** Brenda Chilton, Andy Miller, Jerome Delvin, Skip Moore, Robert Sealby, Bob Bugert as defendants in this action.  The case caption set forth in this Order shall be applied to all future pleadings.

**DATED** October 13, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2