CHAD W. DUNN
*Admitted Pro Hac Vice*
SONNI WAKNIN
*Admitted Pro Hac Vice*
UCLA Voting Rights Project
3250 Public Affairs Building
Los Angeles, CA 90095
Telephone: (310) 400-6019

ROSEMARY M. RIVAS
*Admitted Pro Hac Vice*
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

EDWARDO MORFIN
Morfin Law Firm
732 N. Center Parkway
Kennewick, WA 99336
Telephone: 509-380-9999

SCOTT FUQUA
*Admitted Pro Hac Vice*
Fuqua Law & Policy, P.C.
P.O. Box 32015
Santa Fe, NM 87594
Telephone: (505) 982-0961

MARK H. TROUTMAN
*Admitted Pro Hac Vice*
GIBBS LAW GROUP LLP
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
Telephone: (510) 340-4214
Facsimile: (510) 350-9701

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE REYES, DANIEL REYNOSO, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND OF WASHINGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES ROSS, *et al.*,<br><br>Defendants. | Case No.: 4:21-cv-05075-MKD<br><br>**AGREED STIPULATION OF DISMISSAL OF YAKIMA COUNTY DEFENDANTS**<br><br>Judge: Honorable Mary K. Dimke |

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs
2  Jesse Reyes, Daniel Reynoso, the League of Latin American Citizens, Latino
3  Community Fund of Washington (collectively "Plaintiffs") and Defendants Charles
4  Ross, Joseph Brusic, and Ron Anderson, stipulate to ask the Court to dismiss
5  Defendants with prejudice. The Parties have settled this matter pursuant to the
6  executed settlement agreement. Plaintiffs will not seek additional attorneys' fees or
7  costs against Defendants outside of the Settlement Agreement. Each party shall bear
8  their own costs/attorney fees/ and expenses. Parties hereby request that the Court enter
9  an order dismissing Defendants with prejudice.

A proposed order is being submitted to chamber in accordance with court rules.

Dated: December 5, 2023            Respectfully submitted,

**MORFIN LAW FIRM, PLLC**

*/s/ Edwardo Morfin*
Edwardo Morfin
WSBA No. 47831
Morfin Law Firm
732 N. Center Parkway
Kennewick, WA 99336
Telephone: 509-380-9999

**GIBBS LAW GROUP LLP**
Rosemary M. Rivas (Admitted *Pro Hac Vice*)
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Mark H. Troutman (Admitted *Pro Hac Vice*)
1554 Polaris Parkway, Suite 325
Columbus, OH 43240
Telephone: (510) 340-4214
Facsimile: (510) 350-9701

*Attorneys for Plaintiffs Latino Community Fund of Washington and Daniel Reynoso*

and

AGREED STIPULATION OF
DISMISSAL OF YAKIMA COUNTY DEFENDANTS
Page 1

MORFIN LAW FIRM, PLLC
2602 Proctor Street, Suite 205
Tacoma, Washington 98407 ~ (509) 380-9999

**UCLA VOTING RIGHTS PROJECT**
Chad W. Dunn (Admitted *Pro Hac Vice*)
Sonni Waknin (Admitted *Pro Hac Vice*)
3250 Public Affairs Building
Los Angeles, CA 90065
Telephone: (310) 400-6019

**FUQUA LAW & POLICY, P.C.**
Scott Fuqua (Admitted *Pro Hac Vice*)
P.O. Box 32015
Santa Fe, New Mexico 87594
Telephone: (505) 982-0961

*Attorneys for Plaintiffs League of United Latin American Citizens and Jesse Reyes*

**LANE POWELL PC**

By: *s/Callie A. Castillo*
Callie A. Castillo, WSBA No. 38214
Devon J. McCurdy, WSBA No. 52663
Erika O'Sullivan, WSBA No.
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
(206) 206-223-7000
castilloc@lanepowell.com
mccurdyd@lanepowell.com
osullivane@lanepowell.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I, Edwardo Morfin, hereby certify under penalty of perjury of the laws of the State of Washington that on December 5, 2023, I electronically filed the foregoing **Stipulation of Voluntary Dismissal of Yakima County Defendants** with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system as follows:

Callie A. Castillo
Devon J. McCurdy
Erika O'Sullivan
Kimberly Foster
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Email: castilloc@lanepowell.com
Email: mccurdyd@lanepowell.com
Email: osullivane@lanepowell.com
Email: fosterk@lanepowell.com
Email: docketing@lanepowell.com

*Attorneys for Defendants*

December 5, 2023           */s/ Edwardo Morfin*
                          Edwardo Morfin

AGREED STIPULATION OF
DISMISSAL OF YAKIMA COUNTY DEFENDANTS
Page 3

MORFIN LAW FIRM, PLLC
2602 Proctor Street, Suite 205
Tacoma, Washington 98407 ~ (509) 380-9999