## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE REYES, DANIEL REYNOSO, LEAGUE OF UNITED LATIN AMERICAN CITIZENS, LATINO COMMUNITY FUND OF WASHINGTON,<br><br>          Plaintiffs,<br><br>  vs.<br><br>CHARLES ROSS, *et al.*,<br><br>          Defendants. | Case No.: 4:21-cv-05075-MKD<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF YAKIMA COUNTY DEFENDANTS**<br><br>Judge: Honorable Mary K. Dimke |

On December 5, 2023, Plaintiffs Jesse Reyes, Daniel Reynoso, the League of Latin American Citizens, and Latino Community Fund of Washington (collectively "Plaintiffs") filed an Agreed Stipulation of Dismissal of Yakima County Defendants with prejudice, including all remaining Defendants in this litigation, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiffs seek to voluntarily dismiss Defendants Charles Ross, Joseph Brusic, and Ron Anderson (collectively "Yakima County Defendants"). The parties listed in this Order have settled, pursuant to an executed settlement agreement. Plaintiffs will not seek additional attorney's fees or costs against Defendants outside the terms of the settlement agreement. Each party shall bear their own costs/attorney fees/ and expenses. Accordingly, the Court hereby dismisses with prejudice the remaining Yakima County Defendants.

**IT IS SO ORDERED.**

Dated: _____

_____
Mary K. Dimke
UNITED STATES DISTRICT JUDGE