FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE REYES; DANIEL REYNOSO; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; LATINO COMMUNITY FUND OF WASHINGTON;<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES ROSS, in his official capacity as Yakima County Auditor and Canvassing Review Board Member; JOSEPH BRUSIC, in his official capacity as Yakima County Canvassing Review Board Member; RON ANDERSON; in his official capacity as Yakima County Canvassing Review Board Member;<br><br>    Defendant. | No. 4:21-CV-05075-MKD<br><br>ORDER ON AGREED STIPULATION OF DISMISSAL OF YAKIMA COUNTY DEFENDANTS<br><br>**ECF No. 200** |

Before the Court is the parties' Agreed Stipulation of Dismissal of Yakima County Defendants. ECF No. 200. LCivR 41(a)(1)(B) and Fed. R. Civ. P. 41(a)(1)(A)(ii) provide that a plaintiff may dismiss an action without a court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared. Plaintiff seeks dismissal with prejudice, without an award of fees or costs. The

ORDER - 1

stipulation is signed by counsel for the remaining parties. The stipulation resolves the remaining claims in this case.

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to LCivR 41(a)(1)(B) and Fed. R. Civ. P. 41(a)(1)(A)(ii), all remaining claims against Defendants Charles Ross, Joseph Brusic, and Ron Anderson, are **DISMISSED with prejudice**, without an award of fees or costs.

2. All pending deadlines and hearings are **STRICKEN.**

3. All pending motions, including **ECF Nos. 97, 99, 101, 104, 120, 169, 171, 174,** are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** December 6, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2